ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## COVER SHEET

Plaintiff(s) or Petitioners(s)
Allied Oil & Supply, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 82.1(c)): | Brian D. Nolan |
| | Susan L. Stryker |
| Firm Name: | Nolan, Olson, Hansen, Fieber & Lautenbaugh, LLP |
| Post Office Box: | N/A |
| Street Address: | 1905 Harney Street, Suite 800 |
| City-State-Zip: | Omaha, NE 68102 |
| Telephone & Facsimile Numbers: | Telephone: (402) 342-6233 |
| | Facsimile: (402) 342-9362 |

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 6
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain

Agency Identification Code: A R M
See attached sheet for three digit codes.

Amount Claimed: $ 658,406.95
Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) N/A

If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related cases(s). See RCFC 40.2.