ORIGINAL

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, | ) | No. 03-2673C |
| v. | ) | **MOTION FOR NOTICE TO THIRD PARTY** |
| THE UNITED STATES OF AMERICA, Defendant. | ) | Judge ______ |

FILED NOV 17 2003 U.S. COURT OF FEDERAL CLAIMS

The Plaintiff, Allied Oil & Supply, Inc., through its attorney of record, Brian D. Nolan, moves the court for an Order that a Notice should be issued to Third Party, Warren Distribution, Inc. In support of said Motion, Plaintiff alleges as follows:

I

The Plaintiff subcontracted with Warren Distribution, Inc., to supply turbine lubricating oil to the Fort Randall project in Pickstown, South Dakota, pursuant to the contract of Plaintiff with the United States identified as Contract No. DACW45-98-P-0564 a copy of which is attached to Plaintiff's Complaint in this matter and which is the subject of Plaintiff's Complaint.

II

Warren Distribution, Inc. is an entity with legal capacity to sue and to be sued.

III

Warren Distribution, Inc. has interest in the subject matter before this court as a subcontractor who may ultimately be liable to the Plaintiff and bound by findings made by this court.

IV

Warren Distribution, Inc.'s principal place of business is 727 South 13th Street, Omaha, Nebraska 68102 and its Registered Agent for Service of Process in the State of Nebraska is Robert N. Schlott, 727 South 13th Street, Omaha, Nebraska 68102.

DATED this 13th day of November, 2003.

ALLIED OIL & SUPPLY, INC., Plaintiff,

BY: [signature]
For: NOLAN, OLSON, HANSEN, FIEBER & LAUTENBAUGH, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
Telephone: (402) 342-6233
Facsimile: (402) 342-9362
Brian D. Nolan
Susan L. Stryker