# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: December 2, 2003)

*********************************** *
**ALLIED OIL & SUPPLY, INC.** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
***********************************

## ORDER

Plaintiff's Motion for Notice to Third Party, filed November 17, 2003, is hereby GRANTED.

Pursuant to Rules of the United States Court of Federal Claims (RCFC) 14(b), the Clerk's Office is directed to issue the appropriate notice to Warren Distribution, Inc.

IT IS SO ORDERED.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge