IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2673C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew P. Reed as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: December 15, 2003

/S Matthew P. Reed
MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6289
Facsimile: (202) 514-7969