IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2673C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 74 days, to and including March 30, 2004, within which to file a response to plaintiff's complaint. Our response is currently due on January 16, 2004. This is defendant's first request for an enlargement of time for this purpose. The undersigned is aware of the Court's Special Procedures Order requirement that enlargements be filed five business days prior to a Court deadline, and that this motion is being filed four days prior to this deadline. We request leave to file this motion outside of the deadline due to difficulties in counsel reaching one another in order to discuss this motion. However, counsel for defendant has discussed this motion with plaintiff's counsel and was advised that plaintiff does not object.

Counsel for the undersigned has not received a litigation report from the agency in this matter and has not obtained the name of the counsel for the agency that will be assisting the

undersigned in drafting a response to the complaint. We anticipate that we will be able to obtain a litigation report within the enlargement period; however, a 74 day enlargement period is also necessary due to the busy schedule of the undersigned in the coming months.

Currently, counsel is preparing for a trial in RCS v. United States, 01-156c, in Denver, Colorado, scheduled for the week of February 10, 2004. A pre-trial conference is currently scheduled for January 22, 2004. Counsel was transferred this case in late November and is in the process of interviewing witnesses for trial and preparing exhibits and related motions. Counsel is also required to file a Rule 56.1 motion in Strickland v. United States, 03-1390c, on January 15, 2004, and is preparing for a February 2, 2004 oral argument before the Federal Circuit in Eady v. DVA, Fed. Cir. 03-7088. Counsel is also required to respond to an informal brief by January 15, 2004 in Smith v. Army, Fed. Cir. no. 04-3041. Following the RCS trial, counsel will be required to file answers and dispositive motions in February, March or early April in five cases, Adams Contractors v. United States, 03-2771, Demos v. United States, 03-2691C, Chenega v. United States, 03-2784, Strable v. United States, 03-2831c, and Edleman v. United States, 03-2692C, assuming brief enlargements are afforded counsel in those matters by their assigned judges. Finally, counsel is currently required to complete all discovery in Cygnus v. United States, 01-699C, by March 31, 2004.

Given the busy schedule for counsel during the next three months, and given the absence of an agency report to aid in the preparation of a response to the complaint, counsel requires an enlargement of 74 days in order to provide sufficient time to draft a meaningful response to the complaint.

Accordingly, defendant respectfully requests an enlargement of time of 74 days, to and including March 30, 2004, to respond to plaintiff's complaint.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s James M. Kinsella
JAMES M. KINSELLA
Deputy Director

/s Matthew P. Reed
MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-6289

January 13, 2004

Attorneys for Defendant