# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: January 14, 2004)

************************************

| | |
|---|---|
| **ALLIED OIL & SUPPLY, INC.** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

************************************

## ORDER

Defendant's Unopposed Motion for Enlargement of time, filed January 13, 2004, is hereby GRANTED.

Defendant is therefore ORDERED to file its answer or a memorandum of notice of its intent to file a dispositive motion pursuant to Standard Special Procedures ¶ 6(a)(i) on or before March 30, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge