# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: January 14, 2004)

***********************************
**ALLIED OIL & SUPPLY, INC.** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
***********************************

## ORDER

On November 17, 2003, the parties were informed via a Notice of Designation from the Clerk's Office that this case has been designated as an electronic case in the court's case management/electronic case filing system (CM/ECF). In that notice, the parties were directed to "immediately obtain a CM/ECF account" and were told that the Clerk would serve paper copies of pleadings on them for only 30 days.

Although counsel for Defendant has obtained his account, counsel for Plaintiff has not. As the 30-day time period expired on December 17, 2003, the Court hereby ORDERS Plaintiff's counsel to act forthwith to be registered and trained in the CM/ECF system, since the Court will not accept an attorney's failure to be registered and trained as good cause for failing to file any document in this matter.

Further, Plaintiff's counsel is ORDERED to review the docket sheet in this case upon being trained in the system, as other documents have been filed since the passing of the December 17, 2003 deadline.

s/ Edward J. Damich
EDWARD J. DAMICH

Chief Judge

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge