UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY COMPANY, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 1:03-cv-02673<br>**MOTION TO QUASH THE NOTICE TO THIRD PARTY**<br>Judge Edward J. Damich |

COMES NOW Warren Distribution, Inc. ("Warren"), pursuant to RCFC 14(c), and hereby moves this Court for an order quashing the Notice to Third Party ("Notice") (Filing No. 6) issued by this Court on December 2, 2003 and served on Warren on December 11, 2003 by the Plaintiff in the above-captioned action. In support of this Motion, Warren shows the Court:

1. The Notice should be quashed because it is based entirely on claims between private parties.

2. The Notice should be quashed because it exceeds the Constitutional limits on the power of the United States Court of Federal Claims.

3. Warren has filed a brief in support of this Motion.

WHEREFORE, Warren prays that the Court grant its Motion to Quash the Notice to Third Party.

Dated this 22nd day of January, 2004.

WARREN DISTRIBUTION, INC., Third-Party Noticee

By: /s/ Alan Strasser

Alan Strasser
KUTAK ROCK LLP
Suite 1000
1101 Connecticut Avenue, NW
Washington, DC 20036-4374
Telephone: 202-828-2400
Facsimile: 202-828-2488
E-mail: alan.strasser@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian D. Nolan, Esq.
Nolan, Olson, Hansen, Fieber & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, NE 68102

Matthew Patrick Reed
U. S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
8th Floor
Washington, DC 20530

By /s/ Alan Strasser
Alan Strasser

In addition to service via the CM/ECF system, this certifies the undersigned attorney has caused service of the foregoing to be made by mailing by ordinary first-class mail, postage prepaid, to the last known address of the following attorneys representing parties to this action, on this 22nd day of January, 2004:

Brian D. Nolan, Esq.
Susan L. Stryker, Esq.
Nolan, Olson, Hansen, Fieber &
Lautenbaugh, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, NE 68102

By /s/ Alan Strasser
Alan Strasser