**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 03-cv-02673<br><br>**ALLIED OIL & SUPPLY COMPANY, INC.'S OPPOSITION TO MOTION TO QUASH THE NOTICE TO THIRD PARTY**<br><br>Judge Edward J. Damich |

**COMES NOW** Allied Oil & Supply Company, Inc. ("Allied"), and in opposition to the Motion to Quash the Notice to Third Party filed by Warren Distribution, Inc. (Filing No. 6), shows the Court as follows:

1. The Notice is properly issued pursuant to the RCFC 14 and 41U.S.C § 114.

2. The issuance of the Notice does not seek the Court's exercise of jurisdiction over a contract between private parties.

3. In the interest of a full, complete, fair and just adjudication of the proceedings before this Court, the Motion to Quash must be denied.

4. Allied has filed its Brief in Support of this Opposition.

**WHEREFORE,** Allied prays that the Court deny the Motion to Quash the Notice to Third Party filed by Warren Distribution, Inc.

DATED this **5th** day of **February 5, 2004**.

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com

ALLIED OIL & SUPPLY, INC., Plaintiff

BY: /s/ Susan L. Stryker
For: NOLAN, OLSON, HANSEN, & LAUTENBAUGH, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
(402) 342-6233
(402) 342-9362
Brian D. Nolan
Susan L. Stryker

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Alan Strasser
KUTAK ROCK LLP
Suite 1000
1101 Connecticut Avenue, NE
Washington, DC 20036-4374

Matthew Patrick Reed
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
8th Floor
Washington, DC 20530

/s/ Susan L. Stryker



PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com