# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: February 6, 2004)

```
***********************************
                                   *
ALLIED OIL & SUPPLY, INC.          *
                                   *
                  Plaintiff,       *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
***********************************
```

**ORDER**

On February 5, 2004, Plaintiff filed its 2-part Response to Motion to Quash via the CM/ECF online system. The following defects were noted: (1) these filings failed to comply with Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC), as parties are required to file briefs as attachments to motions and not as separate documents; and (2) Plaintiff used the wrong event in the system for docket entry 14. These two defects make the docket sheet difficult to understand because the titles of the events make it appear as if Plaintiff filed 2 responses to the motion to quash (docket entries 13 and 14), instead of 1 with an attachment.

Since this filing was made via the CM/ECF system, it has already been officially filed. However, Plaintiff is hereby ORDERED to (1) become familiar with the CM/ECF system and the Rules of the Court, particularly RCFC 7(b); and (2) file documents in the proper manner when using CM/ECF in the future.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge