IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 03-2673 C<br>Judge Edward J. Damich |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) and 6.1 of the Rules Of The United States Court Of Federal Claims ("RCFC"), Warren Distribution, Inc. ("Warren"), Third-Party Noticee herein, moves this Court for an enlargement of time of 15 days, to and including May 28, 2004, within which to file an answer or complaint, or both, under RCFC 14(c). The current date by which Warren may file, under RCFC 14(c), an answer or complaint, or both, pursuant to this Court's April 1, 2004 Order and Opinion (Fil. No. 18), is May 13, 2004.

The undersigned is aware of the Court's Special Procedures Order requirement that enlargements be filed five business days prior to a Court deadline, and this motion is being filed four days prior to this deadline. We request leave to file this motion outside of the deadline as the undersigned did not speak with counsel for Plaintiff Allied Oil & Supply, Inc. ("Allied") or Defendant The United States until this past Friday (May 7, 2004) afternoon. However, counsel for Warren has discussed the enlargement of time requested herein with counsel for Allied and The United States, and counsel for Warren was advised that Allied and The United States agree to the enlargement of time requested herein.

In support of this motion, Warren shows this Court the following:

1. This is Warren's first request for an enlargement of time in this matter.

2. A conference call is scheduled for Friday, May 14, 2004, that will involve counsel for Warren, Allied and The United States to discuss issues that have arisen in light of this Court's April 1, 2004 Order and Opinion denying Warren's Motion to Quash the Notice to Third Party (Fil. No. 18).

3. Counsel for Allied and The United States have been consulted about and agreed to the enlargement of time requested by Warren herein.

WHEREFORE, Warren respectfully requests an enlargement of time of 15 days, to and including May 28, 2004, within which to file an answer or complaint, or both, under RCFC 14(c).

Dated this 10th day of May, 2004.

WARREN DISTRIBUTION, INC., Third-party Noticee

By: s/Dennis J. Moynihan
Dennis J. Moynihan
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Matthew Patrick Reed, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
8th Floor
Washington, DC 20530

Brian D. Nolan, Esq.
Nolan, Olson, Hansen, Fieber & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, NE 68102

By: s/Dennis J. Moynihan________________
Dennis J. Moynihan