# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: May 11, 2004)

***********************************
ALLIED OIL & SUPPLY, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER

On May 10, 2004, Warren Distribution, Inc. ("Warren") filed its Unopposed Motion for Enlargement of Time. In that motion, Warren requested an additional 15 days within which to file its answer or complaint or both under Rule 14(c) of the Rules of the United States Court of Federal Claims (RCFC). Warren's motion is hereby GRANTED.

Therefore, it is ORDERED that Warren will file its answer or complaint or both under RCFC 14(c) on or before May 28, 2004.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge