**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2673C |
| | ) | |
| v. | ) | (Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**
**TO FILE A JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the defendant, United States, respectfully requests that the Court enlarge by thirty days, from May 21, 2004, to and including June 21, 2004, the due-date for the parties' Joint Preliminary Status Report ("JPSR"). This is the Government's first such request. Plaintiff supports this motion.

The JPSR in this matter is currently due on May 21, 2004. On May 12, 2004, this case was transferred from the former Government counsel, to the undersigned counsel. Government counsel will need more time to familiarize himself with this case and the parties will need more time to cooperate in drafting a JPSR. Counsel have spoken regarding the JPSR. In addition, Government counsel will be attending a Department of Justice training seminar in South Carolina from May 17 through May 28, 2004, and will be unable to work on this case during that time. However, the Government expects that the parties will be able to complete a JPSR in this matter by June 21, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by thirty days, from May 21, 2004 to and including June 21, 2004, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

May 13, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt