# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: May 17, 2004)

**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

## ORDER

On May 13, 2004, Defendant filed its Unopposed Motion for Enlargement of Time to File a Joint Preliminary Status Report. Defendant's motion is hereby GRANTED.

Therefore, it is ORDERED that the parties will file their JPSR on or before June 21, 2004.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge