# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: June 29, 2004)

```
***********************************
                                  *
ALLIED OIL & SUPPLY, INC.         *
                                  *
            Plaintiff,            *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant,            *
                                  *
            and                   *
                                  *
WARREN DISTRIBUTION, INC.,        *
                                  *
            Third-Party Defendant. *
***********************************
```

**ORDER**

It is hereby ORDERED that the Court will hold a preliminary status conference on July 16, 2004, at 2:00 pm Eastern Time. All parties shall appear by telephone. Counsel shall call the judicial assistant of Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached. Counsel shall provide this information one business day before the conference.

At the status conference, the parties shall be prepared to discuss all matters contained in their joint preliminary status report, dated June 23, 2004.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge