# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: July 16, 2004)

***********************************

**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**WARREN DISTRIBUTION, INC.,**

Third-Party Defendant.

***********************************

## ORDER

As discussed in the status conference held July 16, 2004, it is hereby ORDERED that the parties will adhere to the following discovery schedule:

1. **By September 1, 2004:** Initial disclosures must have occurred, pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims (RCFC).

2. **On April 1, 2005:** Fact discovery closes. During fact discovery, each party may serve up to 50 RCFC 33 interrogatories on any other party, and any party may petition the Court to take more than the 5 depositions provided under RCFC 30.

3. **By April 18, 2005:** The parties shall file a Joint Status Report. That report will address the parties' views on (1) the likelihood of settlement, (2) the need for dispositive motions, and (3) the timing of expert discovery.

4. **On April 26, 2005:** The Court will hold a status conference at 2:00 pm Eastern

Time. All parties shall appear by telephone. The status conference shall be held off the record unless the parties request a court reporter no later than 5 business days before the date of the status conference. Counsel shall call the judicial assistant of Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached. Counsel shall provide this information one business day before the conference. At the status conference, counsel shall be prepared to discuss the likelihood of settlement, the need for dispositive motions, and the timing of expert discovery.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge