IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC.,<br><br>Third-Party Defendant. | No. 03-2673 C<br><br>Chief Judge Edward J. Damich |

**JOINT MOTION TO ENLARGE THE DATES IN THE CURRENT ORDER SCHEDULING DISCOVERY**

COME NOW Plaintiff Allied Oil & Supply, Inc. ("Plaintiff"), Defendant The United States ("Defendant") and Third-Party Defendant Warren Distribution, Inc. ("Third-Party Defendant"), by and through their respective counsel, and move this Court to enlarge the date for the close of Fact Discovery **from July 1, 2005 to October 3, 2005**.

In accordance with the request to enlarge the time for the close of Fact Discovery, the Parties' further request that the other dates set-forth in the current Order scheduling discovery be enlarged as follows:

a. Filing of a Joint Status Report addressing the likelihood of settlement, the need for dispositive motions and the timing of expert discovery **from July 18, 2005 to October 18, 2005**.

b. Holding of a status conference to discuss the likelihood of settlement, the need for dispositive motions and the timing of expert discovery from **July 26, 2005 to October 26, 2005, or other date that is convenient for the Court**.

In support of this Motion to Enlarge, the Parties show the Court the following:

1. The original date for the Close of Fact Discovery was April 1, 2005, which the Court changed to July 1, 2005 after a Joint Motion of the Parties.

2. The Parties have exchanged Initial Disclosures, written discovery requests and responses to written discovery requests. There continues to be supplemental written discovery requests awaiting a response.

3. The parties have scheduled and taken two rounds of depositions and are scheduling a third round. Given the large number of schedules which must be aligned, as well as the range of states in which counsel and witnesses are located, as well as the agreement of the parties to extend one deposition beyond one full day, the Parties will not be able to schedule the remaining witnesses for depositions before the current fact discovery deadline of July 1, 2005. Additionally, the need for additional written discovery may arise based on information developed during the taking of the remaining depositions.

4. The Parties wish to enlarge the Close of Fact Discovery to a date that will allow completion of the Fact Discovery, and which takes into account the number of schedules that must be coordinated, travel logistics, and the range of states in which counsel and witnesses are located.

5. The Parties will not be in a position to realistically discuss the likelihood of settlement, the need for dispositive motions and the timing of expert discovery until they have been able to complete the Fact Discovery.

6. The Parties recognize the need to move this matter forward, are engaged in a conscientious and diligent effort to move this matter forward and will continue to conscientiously and diligently move this matter forward.

WHEREFORE, the Parties jointly request that the Court enlarge the dates in the current Order scheduling discovery as follows:

a. Close of Fact Discovery **from July 1, 2005 to October 3, 2005**.

b. Filing of a Joint Status Report addressing the likelihood of settlement, the need for dispositive motions and the timing of expert discovery **from July 18, 2005 to October 18, 2005**.

c. Holding of a status conference to discuss the likelihood of settlement, the need for dispositive motions and the timing of expert discovery **from July 26, 2005 to October 26, 2005, or other date that is convenient for the Court**.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Phone: (202) 514-7300
Facsimile: (202) 307-0972
*Counsel for Defendant The United States*

s/Brian Nolan by Susan Stryker
BRIAN NOLAN
Nolan, Olson, Hansen & Laughtenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
Phone: (402) 342-6233
Facsimile: (402) 342-9362
*Counsel for Plaintiff Allied Oil & Supply, Inc.*

s/Dennis Moynihan
DENNIS MOYNIHAN
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
*Counsel for Third-Party Defendant Warren Distribution, Inc.*

June 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan
DENNIS J. MOYNIHAN