# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: June 27, 2005)

*************************************

**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**WARREN DISTRIBUTION, INC.,**

Third-Party Defendant.

*************************************

## ORDER

On June 23, 2005, the parties filed their second Joint Motion to Enlarge the Dates in the Current Order Scheduling Discovery, citing their reasons for the request as the difficulty of taking numerous depositions in many states and their inability to discuss settlement until more discovery is completed. Furthermore, the parties detailed the progress they have made so far in conducting fact discovery. The parties request that all remaining deadlines be moved forward an additional three months.

The Court hereby GRANTS the joint motion and ORDERS that (1) fact discovery in this case shall be completed on or before **October 3, 2005**; (2) a Joint Status Report (JSR) addressing the likelihood of settlement, the need for dispositive motions, and the timing of expert discovery shall be filed on or before **October 18, 2005**; and (3) a status conference shall be held **October 26, 2005**, at 2:00 pm Eastern Time. The parties are hereby advised that it is unlikely that the court will grant any further enlargements of time for the fact discovery schedule of this case.

A courtesy copy of the JSR shall be sent to chambers via facsimile at 202-357-6490 or via email at Damich_Chambers@ao.uscourts.gov. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge