IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br><br>Chief Judge Edward J. Damich |

**MOTION FOR ENLARGEMENT OF FACT DISCOVERY DEADLINE FOR THE PURPOSE OF SERVING A SUBPOENA UPON CHEMOPTIX, LLC**

Pursuant to Rule 6(b) and 6.1 of the Rules Of The United States Court Of Federal Claims ("RCFC"), Warren Distribution, Inc. ("Warren"), Third-Party Defendant herein, moves this Court for Enlargement of the Discovery Deadline for the purpose of serving a subpoena upon Chemoptix, LLC, of West Linn, Oregon to produce certain relevant, discoverable documents in this case. The subpoena will have a records deposition date on or before October 31, 2005, but the subpoena will provide Chemoptix with the opportunity to produce copies of the documents in advance and in lieu of appearing at the records deposition. The date upon which fact discovery ends is currently October 3, 2005.

In support of this Motion to Enlarge, Warren shows the Court the following:

1. The original date for the Close of Fact Discovery was April 1, 2005, which the Court changed to July 1, 2005 and then to October 3, 2005 after a Joint Motion of the Parties in each instance.

2. As discussed in the Brief in Support of this Motion, Warren is not requesting an extension for the close of fact discovery. Warren is instead requesting the opportunity to issue one subpoena to an entity with relevant documents.

3. Warren's arguments in support of this Motion are outlined in the attached Brief in Support of its Motion for Enlargement of the Discovery Deadline for the Purpose of Serving a Subpoena.

4. The undersigned is aware of the Court's Special Procedures Order request that requests for enlargement be filed "as early as possible" and "generally at least five (5) business days in advance." (Special Procedures, 4(b)). We request leave to file this motion within (5) business days for the reasons set forth in the attached Brief.

5. The United States has indicated that it intends to oppose this Motion. Allied Oil & Supply, Inc. has indicated that it does not intend to oppose this Motion.

WHEREFORE, Warren requests the following:

(a) That the Court order that Warren shall have the opportunity to serve a subpoena upon Chemoptix LLC which will have a records deposition date of on or before October 31, 2005, but the subpoena will provide Chemoptix with the opportunity to produce copies of the documents in advance and in lieu of appearing at the records deposition.

(b) That Warren be able to issue a subpoena upon Chemoptix LLC for the following documents:

> "Any and all documents which constitute or discuss tests or test results created between the years 2000-2003 relating to turbine oil from Chief Joseph Powerhouse located in the State of Washington or any substance found in turbine units, including, but not limited to, substance from in-service filters, at the Chief Joseph Powerhouse."

Dated this 3rd day of October, 2005.

WARREN DISTRIBUTION, INC., Third-party Defendant

By: s/Dennis J. Moynihan

Dennis J. Moynihan
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan
DENNIS J. MOYNIHAN