Q. BY MR. BUESCHER: -- Chief Joe?

Did you conclude that the wear and dirt particles, carboxilate salts, and other problems with -- strike that.

Did you conclude that any of the contents of the sludge came from the Group II oil?

A. Yes.

Q. What came from -- what parts specifically came from the Group II oil?

A. For example, succinimide salts, and I'm not aware of the type of the additives that are in Mobil Oil, so it's hard to tell what else is part of that oil.

Q. Were you able to conclude whether any of these problems arose from defects in the Group II oil?

A. No.

Q. Do you believe there were defects in the Group II oil, based on what you have reviewed?

MR. COLT: Objection, asked and answered.

A. I -- I don't think it's a defect. It's just a fact that they have low solvency, and low solvency is perfect for gas turbines, but it's something that we miss a lot.

Q. BY MR. BUESCHER: Would you -- do you believe that these things would happen even if there was absolutely nothing wrong with the Group II oil

that's put in the turbine?

MR. COLT: Objection, that calls for a conclusion that wasn't contained in the report. Again, Mr. Micetic isn't testifying here as an expert, so what he believes about some hypothetical set of circumstances that weren't dealt with in the report would be beyond it.

Q. BY MR. BUESCHER: Mr. Micetic, could you answer that question based on what you were able to conclude in your report?

A. Can you please repeat it.

MR. BUESCHER: Would you the read question?

(The reporter read back as follows:

Do you believe that these things would happen even if there was absolutely nothing wrong with the Group II oil that's put in the turbine?)

MR. COLT: Actually, I mean, again, are you asking about some conclusion in the report?

MR. BUESCHER: I guess what I'm asking is --

MR. COLT: Because Mr. Micetic is not testifying here as an expert.

MR. BUESCHER: What I'm asking him to do is what are his conclusions in this report, and based --

MR. COLT: Okay --

MR. TRACY: I guess since -- you're asking I guess a hypothetical that didn't exist, so in that sense because he's a fact witness it's beyond the scope of this deposition.

MR. COLT: It's beyond the scope.

MR. TRACY: We stated on the record that he is a fact witness. As a fact witness, he is not to answer hypothetical questions based on facts that don't exist.

MR. COLT: What would have been the case in a hypothetical set of circumstances is beyond what's in the report and he's not here for that.

MR. BUESCHER: And I'll just note that I think I should get an answer to that question based on the report, and I'll just note that for the record.

MR. COLT: We note your objection.

Q. BY MR. BUESCHER: It goes on to say, "In addition, the analysis detected the presence of succinimide salts (reaction byproducts of rust inhibitor from the new Group II oil) and a high concentration of carbon and varnish particles (products of thermal and oxidation degradation)."

Would you just explain to me a little more detail what that -- what the analysis detected as

referenced in that sentence?

A. The report just said that it was detected presence of succinimide salts.

Q. What are those?

A. And --

Q. I'm sorry, go ahead and finish.

A. -- the note from the -- in that report from the -- from the analyst from the lab says that those are reaction byproducts of rust inhibitors that is actually in that oil.

Q. In other words --

A. New oil.

Q. In other words, the succinimide salts resulted from a reaction of the rust inhibitor in the oil? Am I saying it right?

A. Correct.

Q. Would it be accurate to say that the thermal and oxidation degradation caused the high concentration of carbon and varnish particles? Is that right?

A. Correct.

Q. What is the thermal and oxidation degradation? What is that?

A. Thermal degradation is degradation or oxidation caused by high temperature, and normal oxidation is caused by contact with oxygen from the air.

Q. Did you conclude in that report that this high concentration of carbon and varnish particles was not caused by any defect in the Group II oil? Is that right?

MR. COLT: Objection, leading.

A. That's right.

Q. BY MR. BUESCHER: Were you able to conclude that the presence of succinimide salts was not a result of any problems with the Group II oil? Is that right?

MR. COLT: Objection, leading.

A. It's a part of the additive. There is nothing wrong.

Q. BY MR. BUESCHER: Earlier, this section refers to wear and dirt particles and carboxilate salts. Where did those come from --

MR. TRACY: If you know.

Q. BY MR. BUESCHER: -- if you know?

A. I don't.

Q. Did you assume for this report that wear particles come from wear within the turbines?

A. Correct.

Q. The sentence further down says, "It is apparent that the relatively low operational temperature and flow typical of governor applications provides the

conditions for agglomeration of these particles
from the oil's colloidal state."
Could you just explain to me what that means?
A. What I've said earlier, at the low temperature, the
viscosity increases, and when there is a very high
concentration or high number of varnish particles
that start to agglomerate in that environment.
Q. And it goes on to say, "The agglomerated particles
encapsulated a high amount of suspended particles
to form sludge, which was ultimately deposited in
the governor in-line filters."
In other words, so I understand this correctly,
the agglomerated particles encapsulated the
suspended particles; is that right?
A. Correct.
Q. What does that mean exactly?
A. It means they're not chemically bound but
physically bound. When you have a -- I don't know
how to explain from the real life. But it's just a
physical process where you have a bunch of small
particles that are kind of agglomerating, making
bigger. Whatever is in their way, they will just
encapsulate that and they're going to linger like
that, become bigger, carried to the filter and
deposited in the filter.

Q. Would this all happen because of any problem with the Group II oil that was put in?

A. No.

Q. In other words, would you agree that the sludge formed even though there was no problem with the Group II oil that was put in the system?

MR. COLT: Objection, leading.

A. At the Chief Joe, that's the case.

Q. BY MR. BUESCHER: And you go on to recommend some remedial actions. If you look at number 1, "means to decrease the number of particles in the oil that could potentially be encapsulated." What are you suggesting there?

A. Filtration.

Q. Number 2, "means to contain escalation of varnish particles, which have been identified as a component involved in the sludge buildup process."

What are you suggesting that they do there?

A. Filtration.

Q. Number 3, you're suggesting that they take a remedial action to include a "means to increase and maintain a higher governor temperature." What are you suggesting they do there?

A. To add a heater to the circle.

Q. And finally the "means to increase the mobility of

indicated. Were there other elements detected by that testing which are not listed in that summary statement?

A. No.

Q. So this statement, then, tells us completely what elements were in that sludge?

A. Correct.

Q. Okay.

A. I used even the same word that was used in that report which was kind of confusing to some of the people, for example, high load, where they were asking me what that means, high load. In the lab terms, it's understandable what that means.

Q. And I believe you gave us the name of the entity that conducted that analysis, Chemoptix?

A. Correct.

Q. Is that a government entity or an independent laboratory?

A. Independent laboratory.

Q. And where is that located?

A. Here in West Linn, in Oregon.

Q. Where in Oregon?

A. West Linn, West, L I N N. You can find it easily on the web. It's Chemoptix-dot-incorporated, I N C.

Q. I believe that you testified that there is a difference between how the oil is used in the governor unit which is a hydraulic type of use and then in the thrust bearing and guide bearings it's used as a lubricating oil. Given that, the temperature still affects the actions of that oil. Is that correct?

A. Correct.

Q. So in other words, if you would have a -- if you would -- the same temperature issues that were experienced in the governor would also be experienced in the thrust bearing or the guide bearing areas where it's used as a lubricating oil?

MR. COLT: Objection, leading.

A. Thrust bearings oil, the temperature -- operational temperature's somewhere from 65 to 75 degrees C, while the operational temperature of the governor oil is whatever the ambient temperature is, which might be 10 degrees C, 15, 20, or 25 degrees C, but nowhere near the temperature of the thrust bearings.

Q. BY MS. STRYKER: But the temperature would still have the same effect. Say that the temperature in the thrust bearing area dropped, it would have the same effect as it would with that corresponding

that compatibility testing?

MR. COLT: Objection. That assumes that a recommendation was contained in the report. You may answer.

A. It would be to the government to do testing by using the commercial laboratory. The oil companies or the bidders, they can test using their own procedures if they wish to do so, and the government will provide them with a sample of in-service oil.

MS. STRYKER: I think that's all that I have. Thank you.

MR. COLT: We'd like to take a five-minute break.

(A recess was taken from 4:05 to 4:16.)

EXAMINATION

BY MR. COLT:

Q. Mr. Micetic, I just have a few follow-up questions.

I believe you stated that you only saw the sludge from the governors at the Chief Joe Dam. Is that correct?

A. Correct.

Q. Have you since seen the tape marked Fort Randall Dam 10-6 and 7-99 that the third-party defendants

provided to the government?
A. Yes, I have.
Q. Did you observe the gel that was in the thrust bearing and/or nongovernor parts of the machines at Fort Randall, the turbines at Fort Randall?
A. Yes.
Q. How would you compare the sludge at the Chief Joe Dam with the gel at Fort Randall?
A. There was a difference in consistency and color that I could observe.
Q. What was the difference in color?
A. The gel from the tape was whitish, light tan in color, light yellow in color, while the Chief Joe in-line filters were plugged with dark brown, precompacted sludge.
Q. Did you see anything comparable to the Fort Randall gel come out of Chief Joe?
A. No.
Q. Or any other dam?
MR. BUESCHER: I would like to put in my objection on the basis of foundation. I'll interject an objection to that.
MS. STRYKER: I'll join.
Q. BY MR. COLT: I believe you stated -- just to clarify, you stated in response to a question from

FURTHER EXAMINATION

BY MR. BUESCHER:

Q. I would like to first talk to you about the video you reviewed of the Fort Randall Dam. Could you describe to me what -- what that video was?

A. Video was about the thrust bearings and the parts in the turbine that were covered with some type of gel.

Q. Okay. How was the audio quality of the video when you saw it?

A. Zero. There was nothing that I could understand, not a single word.

Q. How was the lighting when you took a look at the video?

A. It was sometimes better, sometimes worse, but.

Q. Were there instances where people were using a light of some sort to shine inside the turbines or on the parts somewhere?

A. I noticed that.

Q. Would you agree that parts of that video were pretty dark?

A. Yes.

Q. And you have never been to Fort Randall to see their facility; is that correct?

A. Correct.

Q. And you had no personal contact with the sludge or the substance that was in the turbines; is that right?
A. Correct.
Q. Is it possible that you couldn't see that substance very well on the video as well as you could see the St. Joe (sic) substance? Is that possible?
A. Possible.
Q. You were asked several questions regarding the thrust bearings and other parts of the turbine which uses oil, a turbine oil. Do you recall that?
A. Yes.
Q. Do you have any idea what the temperature is or was -- is generally at Fort Randall when the turbines are running, for turbine oil?
A. Not from the top of my head, but I'll have to take a look at the reply on the survey from Fort Randall and if they put that information in -- there was a question about what is the average temperature in the summer and in the winter, so -- but I don't know off the top of my head what their response was.
Q. If you go back and take a look at, say, page 13 of your report, the first question on page 13 says, "What is average temperature of oil in the governor