ERDC/CERL TR-04-28

US Army Corps of Engineers.
Engineer Research and Development Center

# Performance Problems with Group II Hydro-Cracked Turbine Oils in Corps of Engineers Hydropower Facilities

John S. Micetic and Alfred D. Beitelman

December 2004

Construction Engineering Research Laboratory

Approved for public release; distribution is unlimited.

Infrastructure Technologies

ERDC/CERL TR-04-28
December 2004

# Performance Problems with Group 2 Hydro-Cracked Turbine Oils in Corps of Engineers Hydropower Facilities

John S. Micetic

*Hydroelectric Design Center*
*Portland District*
*U.S. Army Corps of Engineers*
*P.O. Box 2946*
*Portland, OR 97208-2946*

Alfred D. Beitelman

*Engineer Research and Development Center*
*Construction Engineering Research Laboratory*
*PO Box 9005*
*Champaign, IL 61826-9005*

Final Report

Approved for public release; distribution is unlimited.

Prepared for U.S. Army Corps of Engineers
Washington, DC 20314-1000

Under Work Unit LH8536

**ABSTRACT:** The Corps of Engineers has historically used solvent-refined napthenic-type base oils (Group I) for lubricating hydroelectric turbines and associated governor systems. Products now being supplied by the lubrication industry for the same purpose are based on hydro-cracked paraffinic oils (Group II). While these Group II products are advertised to have superior properties for use in gas and steam turbines, they have been reported to result in foaming and sludge formation when used in hydroelectric turbines. A survey of Corps of Engineers hydropower facilities was conducted to determine the extent of such problems. In-service evaluations were conducted to more clearly define the problem. Purpose-designed oil filtration and warming devices were installed at one Corps powerhouse to determine whether foaming and sludge formation could be prevented when using Group II oils. Initial results were positive, and four modified filtration/warming systems were subsequently installed to compare performance and refine technical specifications for a recommended system.

**DISCLAIMER:** The contents of this report are not to be used for advertising, publication, or promotional purposes. Citation of trade names does not constitute an official endorsement or approval of the use of such commercial products. All product names and trademarks cited are the property of their respective owners. The findings of this report are not to be construed as an official Department of the Army position unless so designated by other authorized documents.

**DESTROY THIS REPORT WHEN NO LONGER NEEDED. DO NOT RETURN IT TO THE ORIGINATOR.**

# Contents

**Conversion Factors** ........ iv

**Preface** ........ v

**1 Introduction** ........ 1
Background ........ 1
Objectives ........ 2
Approach ........ 2
Mode of Technology Transfer ........ 2

**2 Overview of Technical Issues** ........ 3
Oil Reformulation and Product Labeling ........ 3
Operational Problems Encountered in Corps Powerhouses ........ 4
*Fort Randall Powerhouse, SD* ........ 4
*Bonneville 2 Powerhouse, OR* ........ 5
*Ozark Powerhouse, AR* ........ 5
*Keystone Powerhouse, OK* ........ 5
*Broken Bow, OK* ........ 5
*Chief Joseph Powerhouse, WA* ........ 6

**3 Research Efforts** ........ 7
Oil Industry Points of Contact ........ 7
Powerhouse Survey Responders ........ 9
Survey Data Summary ........ 10
Analysis and Interpretation ........ 14
*Market Availability of Turbine Oils* ........ 14
*Trends in Survey Responses* ........ 15
*Causes of Operational Problems* ........ 17
Field Demonstration of Remedial Procedures ........ 18

**4 Summary and Recommendations** ........ 20
Summary ........ 20
Recommendations ........ 21

**References** ........ 23

**Appendix A: Memorandum From HQUSACE** ........ 24

**Appendix B: Oil Survey Questionnaire** ........ 25

# Conversion Factors

Non-SI* units of measure used in this report can be converted to SI units as follows:

| Multiply | By | To Obtain |
|---|---|---|
| acres | 4,046.873 | square meters |
| cubic feet | 0.02831685 | cubic meters |
| cubic inches | 0.00001638706 | cubic meters |
| degrees (angle) | 0.01745329 | radians |
| degrees Fahrenheit | (5/9) x (°F – 32) | degrees Celsius |
| degrees Fahrenheit | (5/9) x (°F – 32) + 273.15. | kelvins |
| feet | 0.3048 | meters |
| gallons (U.S. liquid) | 0.003785412 | cubic meters |
| horsepower (550 ft-lb force per second) | 745.6999 | watts |
| inches | 0.0254 | meters |
| kips per square foot | 47.88026 | kilopascals |
| kips per square inch | 6.894757 | megapascals |
| miles (U.S. statute) | 1.609347 | kilometers |
| pounds (force) | 4.448222 | newtons |
| pounds (force) per square inch | 0.006894757 | megapascals |
| pounds (mass) | 0.4535924 | kilograms |
| square feet | 0.09290304 | square meters |
| square miles | 2,589,998 | square meters |
| tons (force) | 8,896.443 | newtons |
| tons (2,000 pounds, mass) | 907.1847 | kilograms |
| yards | 0.9144 | meters |

*_Système International d'Unités_ (International System of Measurement), commonly known as the metric system.

# Preface

The study documented in this report was authorized by Headquarters, U.S. Army Corps of Engineers (HQUSACE) as part of Work Package 354, "Infrastructure Technologies." The work was performed under Work Unit LH8536, "Lubricants in Hydro-Turbines." Messrs. Andy Wu and M. K. Lee, HQUSACE, were the program monitors.

The work was performed by the Materials and Structures Branch (CF-M) of the Facilities Division (CF), Construction Engineering Research Laboratory (CERL). The CERL Principal Investigator was Mr. Alfred D. Beitelman, CEERD-CF-M. The technical editor was Gordon L. Cohen, Information Technology Laboratory. Mr. Martin J. Savoie is Chief, CEERD-CF-M, and Mr. L. Michael Golish is Chief, CEERD-CF. The Technical Director for this work was Dr. Mary Ellen Hynes, CEERD-GV-T. The Director of CERL is Dr. Alan W. Moore.

CERL is an element of the U.S. Army Engineer Research and Development Center (ERDC), U.S. Army Corps of Engineers. The Commander and Executive Director of the ERDC is COL James R. Rowan and the Director is Dr. James R. Houston.

# 1 Introduction

## Background

The oil used to lubricate the guide and thrust bearings of Kaplan turbine-driven generators is generally referred to as turbine oil. The hydraulic fluid used in the generator speed governor system has many of the same requirements as the turbine lubricant, so the same oil is used for that purpose. Historically, turbine oils used in Corps hydropower facilities were formulated with solvent-refined napthenic-type base lubricants, called Group I oils. Typically the Corps and other hydroelectric plant operators buy either an ISO (International Standards Organization) 68 or 100 R&O (rust and oxidation inhibited) turbine oil. The numbers "68" and "100" refer to oil viscosity (68 or 100 centistokes at 100 °F).

The current oil market is dominated by hydro-cracked paraffinic lubricants, which are known as Group II oils. These lubricants are considered the oil of choice for steam and gas turbines due to their improved purity and thermal stability. Current refining capacities and future market trending heavily favors Group II base oils, and it is projected that the production of Group I oils will be phased out. In fact, supplies of Group I turbine oil appear to be virtually impossible to find.

In addition to differences in basic formulation as compared with Group I oils, Group II turbine oils also contain new additive packages that may be incompatible with the napthenic in-service oils. Despite these changes in composition, the brand names of Group I oils have been retained for the Group II products. Without revisions in product labeling or any notification from vendors, end-users have ordered the new turbine lubricants without knowing of their changed characteristics or possible incompatibilities. To further complicate the problem, oil refiners closely guard the chemistry of their additive packages and often change them without notifying customers. It is not currently possible for end users to obtain a certification of oil compatibility for a specific application, either by an independent test laboratory or the oil refiner.

Group I oils normally last 25 years or more, but makeup oil must be added during that time to replace volume lost to leaks, evaporation, and routine mainte-

nance activities. The addition of Group II makeup oil to Group I lubricants has resulted in problems at a number of Corps hydroelectric projects, especially excessive foaming and formation of varnish and sludge. Likewise, complete replacement of Group I oils with Group II lubricants has led to foaming and sludge formation that has plugged filters and caused erratic lubrication. One project has estimated that the cost of sludge cleanup and lost revenue due to disrupted power production was approximately $800,000. Complete replacement of oil at a large hydroelectric project may require more than 250,000 gallons of turbine lubricant.

## Objectives

The objectives of this study were to (1) identify the causes of operational problems associated with the introduction of Group II turbine oils at Corps hydroelectric projects and (2) develop and document procedures or equipment modifications necessary to use Group II turbine oils without any of the operational problems reported by Corps hydroelectric facility operators.

## Approach

A survey of Corps of Engineers hydropower installations was conducted to determine the extent of the problems experienced in connection with the use of Group II turbine oils. Oil suppliers were contacted to determine the changes they made in additive selection and quantity when they changed to Group II oil. Procedures to introduce Group II oils into an existing hydropower unit were developed and field tested, and a follow-on field test was initiated to optimize the specifications of the prototype solution.

## Mode of Technology Transfer

Information contained in this report will be used as a basis for developing guidance on the procurement, handling, and maintenance of oils for hydroelectric turbine systems, including requirements for filtration and oil operating temperature. Applicable findings of this study also will be incorporated in the Proponent Sponsored Engineer Corps Training (PROSPECT) course on lubrication.

# 2 Overview of Technical Issues

## Oil Reformulation and Product Labeling

Turbine oils are essential to the operation of hydroelectric power generating equipment. The basic purpose of turbine oil is to minimize friction and wear between two surfaces moving relative to one another, e.g., the guide and thrust bearings of turbine-driven generators or the moving blade mechanisms of Kaplan turbines. In addition, turbine oil dissipates heat and inhibits oxidation or corrosion, acts as a seal against outside contaminants, and flushes solid particles away from moving surfaces. Very often, this oil is also used as a hydraulic fluid in the generator's speed governor system.

The types of solvent-refined lubricating oils historically used in hydroelectric turbines are called Group I oils. Based on a survey of internet data, discussions with oil company representatives, and review of industry publications, solvent-refined Group I oils are no longer readily available in the United States and Canada. Newer formulations being marketed for the same purposes, called Group II oils, are blends of base oils produced through more severe refinement methods such as hydrocracking, hydrotreating, isodewaxing or a combination of those processes. The solvency characteristic of such refined base oils is significantly lower than of the Group I oils due to a decreased presence of aromatic contents in their molecular structure. Furthermore, the new additives for these oils have chemistries different from the additives used in Group I oils and may not be fully compatible with additives already blended into the in-service oils.

The manufacturers of the new oils have not notified the Corps or other oil users of the changes being made to their products. Also, the manufacturers have not alerted users to the possibility of operational problems that could occur as a result of changes in oil characteristics or chemical incompatibilities between new additives and older ones currently in service. Because the new oils have come to market under the same trade names and designations as the older oils, users have had no way of knowing about changes in formulation or potential operating problems.

## Operational Problems Encountered in Corps Powerhouses

Since 1999, several Corps hydropower facilities have encountered serious operational problems with the new Group II oils. The problems occurred shortly after the complete replacement of the old oil or after mixing a significant amount of new oil into the in-service Group I oils while topping-off the systems. Six facilities notified the Hydroelectric Design Center (HDC) of specific problems, as discussed below.

### *Fort Randall Powerhouse, SD*

Powerhouse personnel replaced exhausted Group I turbine oil with new Group II oil in 1999. Three months later, an increase of foaming and air entrainment in oil at governor sumps and sticking of the governor proportional valves was observed. Several months after that, the governor in-line filters started to plug with sludge, which disrupted governor operations. Foam hinders dissipation of entrained air from oil, promotes oxidation, and often causes improper ("spongy") hydraulic response of the governor. Foam also instigates lubricant starvation in the bearings, thus causing a wipeout/melting of the babbitt material. Entrained air causes cavitation in pumps. It also promotes more rapid oxidation of the oil and rampant generation of varnish particles due to adiabatic compression phenomena (micro-dieseling) in the governor system. Varnish particles, in combination with other contaminants, wear particles, and moisture, form sludge. The sludge plugs the governors' pilot in-line filters and causes operational difficulties, greater maintenance efforts, and an increase of unscheduled downtime. At Fort Randall, the problems were becoming progressively worse and a decision was made in 2000 to disassemble all eight Francis units and physically clean out accumulated sludge. This effort included removal of generators and turbine shafts in order to access thrust bearing and guide bearing sumps. The cost of this effort exceeded $800,000. In 2001, the system was flushed, and the cleaned units were refilled with new Group II oil and put back in service. In late 2003, plant personnel noticed a gradual increase in foaming and air entrainment of oil in governor and thrust bearing sumps. The recommended remedial actions consisted of installing a low-flow (6 – 10 gpm) off-line 3-micron absolute cellulose fiber filtration system to each governor sump. In addition, the filters needed to be equipped with low-watt density heaters capable of maintaining governor oil temperature at approximately 40 °C (105 °F). Currently, due to lack of funds for acquisition of new filters, the project periodically drains oil from the sumps that have the biggest foaming problems, purifies it, and reuses it.

***Bonneville 2 Powerhouse, OR***

The analysis of test data of turbine oil in 2001 showed that the oil (Group I, Mobil DTE Heavy ISO 100) was at the end of its service life, and a decision was made to replace it. The attempts made to find Group I oil on the market were unsuccessful. Compatibility testing of the proposed new oils and in-service oil, performed at the Chevron Research Laboratory by the company's own test procedure, detected three different Group II oils as being incompatible with the in-service oil. Consequently, plant personnel decided to begin the process of replacing the in-service oil with newly formulated Mobil DTE Heavy ISO 100 oil. Company representatives assured the powerhouse personnel that this oil is a blend of Group I and Group II oils, and that its characteristics are closely matched with in-service Group I oil. However, the latest Aniline Point test data showed that the most recent batch of new oil received is a Group II oil. No modifications to the equipment have been made, and the performance of the new oil is being closely monitored for signs of increased foaming and air entrainment.

***Ozark Powerhouse, AR***

Old Group I oil was replaced with new Group II oil in 2002. Approximately 6 months after the replacement, sludge formed in the oil and caused operational difficulties by plugging the governor in-line filters. Excessive foam and entrained air in the oil made it opaque, and a regular visual inspection of gears could not be performed without shutting down the units. The recommended remedial actions included thorough flushing of the system, adding off-line filtration systems with heaters for governor sumps, replacing old centrifuge-type purifiers with new vacuum dehydrator, and replacement of entire oil stock. No action has been taken at this time.

***Keystone Powerhouse, OK***

Exhausted Group I oil was replaced with Group II oil in 2003. Currently, plant personnel are observing opaqueness of the oil in governor sumps, which is caused by excessive foaming and entrained air. For this reason, the units must be stopped periodically to check the governors.

***Broken Bow, OK***

In early 2004, personnel mixed Group II makeup oil with in-service Group I oil. Currently, they are observing an increase of foaming and air entrainment in the oil. Remedial actions have not been taken at this time.

### *Chief Joseph Powerhouse, WA*

The replacement of the old Group I in-service oil with new Group II oil was completed 2001. A few months later, the same pattern of events was noticed as those described above at Fort Randall. The oil in governor sumps was developing foam and entrained air at a much higher rate than the old oil. Six months later, governor valves started to stick and sludge was plugging governor in-line filters. A year after the oil was replaced, maintenance personnel had to change filters of all units on a monthly basis in order to maintain operation.

In 2002, personnel of the Seattle District and Chief Joseph powerhouse requested assistance from the HDC to identify causes of the operational problems, and to find and recommend a solution.

# 3 Research Efforts

HDC conducted a targeted study of the turbine oil market in terms of product types and availability. An internet search of product databases of all major oil U.S. and Canadian companies was performed. Information was collected on products by ExxonMobil, Shell, ChevronTexaco, CITGO, Hydrotex, PetroCanada, and ConocoPhillips, all of which (except Hydrotex) are current and past suppliers of oil for Corps powerhouses. In addition, many oil company representatives were contacted.

During October and November 2003 a Corps-wide survey was conducted to determine the overall field experience with turbine oils and the nature and extent of any operational problems experienced with the new turbine oils. The questionnaire and cover memo from Headquarters, USACE are attached to this report as Appendix A. The objective of the survey was to collect and catalog the following information:

- total amount, type, brand, viscosity, and age of oil used at each powerhouse
- average operational temperature of governor oils (winter/summer period)
- governor oil contamination control practices
- bulk oil stock contamination control practices
- technology base and age of oil purification equipment currently used at the powerhouses, and its performance rating
- currently established frequency of oil testing, testing methods used for evaluating serviceability of in-service oil, and tracking and trending of the tests data.

The remainder of this chapter summarizes the findings of the turbine oil market study and the user questionnaire.

## Oil Industry Points of Contact

The following oil company representatives were contacted to discuss the availability of turbine oils:

**ExxonMobil Oil Company**

Byron Snowden, Lubricants Application Engineer

Alan Petaja, Sales Engineer

Donovan Bresko, Vice-President of the Northwest Petroleum

John Burtsche, Senior Lubrication Specialist

Alex Mata, Mountain Pacific Sales Manager, Industrial Lubricants

Brad Jeffries, Lubricants Sales Engineer, 509-979-4206

**Shell Oil Company**

William Stein, Product Application Specialist

Nicky Alonso, Senior Technical Manager, Industrial Lubricants

Gene Chipman, Lubricants Sales Manager

**ChevronTexaco Oil Company**

Gene Jones, Lubricants Business Manager, Northwest Region

Marc Graff, Lubrication Business Manager, Northwest Business Area

Marc Okazaki, PhD., Staff Scientists, Industrial Oil Technology R&D Lab

Boyd Stubbe, Lubricants Business Manager

Greg Anderson, Lubrication Specialist

**CITGO Oil Company**

Bob Green

Kline Tincher

**Hydrotex Oil Company**

John McConnel, Lubrication Consultant

John Cummins, Vice President, Product Technology

**ConocoPhillips Oil Company**

Dennis Hammons, Marketer Sales Representative

Alan Stitt, Lubrication Engineer

**PetroCanada Oil Company**

Dan Gabriel, US National Accounts Manager

Dr. Luc Girard, Technical Advisor

Steve Moore, Senior Technical Services Advisor

## Powerhouse Survey Responders

Survey responses were received from the following powerhouses:

**Fort Worth District**
Whitney Powerhouse, R.D. Willis Powerhouse, and Sam Rayburn Powerhouse

**Kansas City District**
Truman Powerhouse and Stockton Powerhouse

**Little Rock District**
Greers Ferry Powerhouse, Beaver Powerhouse, Ozark Powerhouse, Table Rock Powerhouse, and Dardanelle Powerhouse

**Nashville District**
Dale Hollow Powerhouse and Cheatham Powerhouse

**Omaha District**
Fort Peck Powerhouse, Garrison Powerhouse, Oahe Powerhouse, Fort Randall Powerhouse, Gavins Point Powerhouse, and Big Bend Powerhouse

**Portland District**
Bonneville First Powerhouse, Bonneville Second Powerhouse, The Dalles Powerhouse, John Day Powerhouse, Detroit Powerhouse, Big Cliff Powerhouse, Foster Powerhouse, Green Peter Powerhouse, Cougar Powerhouse, Hills Creek Powerhouse, Lookout Point Powerhouse, and Dexter Powerhouse

**Seattle District**
Chief Joseph Powerhouse, Albeni Falls Powerhouse, and Libby Powerhouse

**St. Louis district**
Clarence Cannon Powerhouse

**Tulsa District**
Broken Bow Powerhouse, Keystone Powerhouse, R.S. Kerr Powerhouse, Webber's Falls Powerhouse, Tenkiller Powerhouse, Denison Powerhouse, Fort Gibson Powerhouse, and Eufaula Powerhouse

**Vicksburg District**
Narrows Powerhouse, Blakely Powerhouse, and DeGray Powerhouse

**Wilmington District**
John H. Kerr Powerhouse

## Survey Data Summary

Survey responses are summarized in Table 1. Analysis of the results are provided on page 15.

**Table 1. Summary of responses to survey questionnaire.**

| | |
|---|---|
| **Number of Districts Contacted** | 14 |
| **Number of Districts Responded** | 11 |
| **Number of Powerhouses Responded** | 46 |
| **Total Number of Turbine Units** | 216 |
| Francis Turbines | 111 |
| Kaplan - Vertical Axis Turbines | 79 |
| Kaplan - Inclined Axis Turbines | 14 |
| Kaplan - Horizontal Axis Turbines | 2 |
| Fixed Blade Propeller Turbines | 10 |

| **Survey Responses** | **No. of responses** | **Yes** | **No** |
|---|---|---|---|
| ***Have you experienced an unusual increase of foaming or air entrapment after your oil has been replaced?*** | 46 | 5 | 41 |
| Describe the cause of problems, extent, and any corrective action? | | | |
| Foaming & air entrainment of governor oil | 2 | | |
| Foaming of thrust bearing oil | 2 | | |
| Foaming & air entrainment in speed increaser oil sprayers | 1 | | |
| ***Have you experienced operational difficulties caused by sticking of governor valves or filter clogging after oil was replaced or makeup oil has been added?*** | 46 | 8 | 38 |
| ***Describe cause of problems, the extent, and any corrective action?*** | | | |
| Valves were varnishing & became sticky | 8 | | |
| Filters clogged | 7 | | |
| Experimenting with new filtration system | 1 | | |
| Planning to use filtration system | 1 | | |

| | No. of response | Yes | No |
|---|---|---|---|
| ***What Group, brand and viscosity of oil is currently used in guide & thrust bearings?*** | | | |
| Exxon Teresstic ISO 68, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Mobil DTE Heavy Medium ISO 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Mobil DTE 799 ISO 68, Group II | 1 | | |
| Sunoco Sunvis ISO 68, Group I | 1 | | |
| Shell Turbo T68, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Shell Turbo T68, Group II | 1 | | |
| Shell Diala, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Pennzoil Pennzbell R&O 68, Group I | 1 | | |
| CITGO Pacemaker T68, Group I | 4 | | |
| Cam ISO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Texaco Regal R&O ISO 68, estimated to be Group I (est. based on the age of oil) | 4 | | |
| Texaco Regal R&O ISO 100, Group II | 1 | | |
| Texaco Regal AW ISO 100, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Chevron GST 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Chevron AIO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| PetroCanada ISO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Paceco ISO 32, estimated to be Group I (est. based on the age of oil) | 1 | | |
| ConocoPhillips ISO 100, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Unknown, estimated to be Group I (est. based on the age of oil) | 12 | | |
| ***What Group, brand and viscosity of oil is currently used in Governors?*** | | | |
| Exxon Teresstic ISO 68, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Mobil DTE Heavy Medium ISO 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Mobil DTE 799 ISO 68, Group II | 1 | | |
| Sunoco Sunvis ISO 68, Group I | 1 | | |
| Sunoco Sunula ISO 100 estimated to be Group I (est. based on the age of oil) | 1 | | |
| Shell Turbo T68, estimated to be Group I (est. based on the age of oil) | 3 | | |
| Shell Turbo T68, Group II | 1 | | |
| Shell Diala, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Pennzoil Pennzbell R&O 68, Group I | 1 | | |
| CITGO Pacemaker T68, Group I | 4 | | |
| Texaco Regal R&O ISO 68, estimated to be Group I (est. based on the age of oil) | 4 | | |
| Texaco Regal R&O ISO 100, Group II | 1 | | |
| Texaco Regal AW ISO 100, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Chevron GST 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Chevron AIO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| PetroCanada ISO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Paceco ISO 32, estimated to be Group I (est. based on the age of oil) | 1 | | |
| ConocoPhillips ISO 100, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Unknown, estimated to be Group I (est. based on the age of oil) | 12 | | |