| | No. of responses | YES | NO |
|---|---|---|---|
| ***What Group, brand and viscosity of oil is currently used in Kaplan hubs?*** | | | |
| Exxon Teresstic ISO 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Mobil DTE Heavy ISO 100, estimated to be Group II (est. based on the age of oil) | 1 | | |
| Mobil DTE Heavy Medium ISO 68, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Sunoco Sunvis ISO 68, Group I | 1 | | |
| Sunoco Sunula ISO 100, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Shell Turbo T68, Group II | 1 | | |
| CITGO Pacemaker T68, Group I | 1 | | |
| Texaco Regal R&O ISO 68, estimated to be Group I (est. based on the age of oil) | 2 | | |
| Texaco Regal R&O ISO 100, Group II | 1 | | |
| Texaco Regal AW ISO 100, Group II | 1 | | |
| Chevron GST 68, estimated to be Group I (est. based on the age of oil) | 1 | | |
| Chevron AIO 68, estimated to be Group II (est. based on the age of oil) | 1 | | |
| PetroCanada ISO 68 , estimated to be Group II (est. based on the age of oil) | 1 | | |
| Unknown, estimated to be Group I (est. based on the age of oil) | 1 | | |
| ***What is the average age of each brand of oil?*** | | | |
| 0 - 5 yrs | 6 | | |
| 5 - 10 yrs | 7 | | |
| 10 - 15 yrs | 2 | | |
| 15 - 20 yrs | 4 | | |
| 20 - 30 yrs | 5 | | |
| +30 yrs | 20 | | |
| Information not available | 2 | | |
| ***What is the total amount of oil in generating units at your powerhouse?*** | | | |
| 0 - 1,000 gallons | 2 | | |
| 1,000 - 5,000 gallons | 14 | | |
| 5,000 - 10,000 gallons | 12 | | |
| 10,000 - 50,000 gallons | 13 | | |
| 50,000 - 100,000 gallons | 2 | | |
| > 100,000 gallons | 3 | | |
| ***What is average temperature of oil in governor sump when operating in summer?*** | | | |
| Ambient | 3 | | |
| 10 - 20 degrees C (50 - 68 degrees F) | 3 | | |
| 20 - 30 degrees C (68 - 86 degrees F) | 17 | | |
| 30 - 40 degrees C (86 - 104 degrees F) | 7 | | |
| 40 - 50 degrees C (104 - 122 degrees F) | 2 | | |
| Unknown / unmeasured | 14 | | |

| | No. of responses | Yes | No |
|---|---|---|---|
| ***What is average temperature of oil in governor sump when operating in winter?*** | | | |
| Ambient | 3 | | |
| 10 - 20 degrees C (50 - 68 degrees F) | 4 | | |
| 20 - 30 degrees C (68 - 86 degrees F) | 26 | | |
| 30 - 40 degrees C (86 - 104 degrees F) | 2 | | |
| 40 - 50 degrees C (104 - 122 degrees F) | 2 | | |
| Unknown / unmeasured | 9 | | |
| ***Is oil in the governor sump continuously filtered through a separate off-line system?*** | 46 | 4 | 42 |
| ***Describe the system used?*** | | | |
| Dedicated Kidney Loop Filtration System | 4 | | |
| Occasional Use of Portable Kidney Loop Filtration System | 3 | | |
| Is the oil in the clean oil tank continuously filtered thru a separate off-line system? | 46 | 0 | 46 |
| ***What technology is used on your main oil purifier?*** | | | |
| Centrifuge | 26 | | |
| Coalescence | 2 | | |
| Vacuum Dehydration | 8 | | |
| Filter Press System | 9 | | |
| Combination of Coalescence & Vacuum Dehydration | 1 | | |
| ***How many years has it been in service?*** | | | |
| 0 - 10 years | 6 | | |
| 10 - 20 years | 3 | | |
| 20 - 30 years | 2 | | |
| > 30 years | 10 | | |
| No Information provided | 25 | | |
| ***How would you rate its performance?*** | | | |
| Excellent | 2 | | |
| Very Good | 7 | | |
| Good | 14 | | |
| Adequate | 8 | | |
| Inadequate | 2 | | |
| Poor | 3 | | |
| No Information provided | 10 | | |

| | No. of responses | Yes | No |
|---|---|---|---|
| ***How frequently are oil samples sent to a lab for routine testing?*** | | | |
| Bi-annually | 5 | | |
| Annually | 21 | | |
| Once in 4-5 yrs | 5 | | |
| Once in 5-10 yrs | 2 | | |
| Rarely | 5 | | |
| Never | 7 | | |
| No Information provided | 1 | | |
| ***Which of the oil's characteristic are checked?*** | | | |
| Viscosity | 15 | | |
| TAN | 13 | | |
| RBOT | 1 | | |
| Metals | 18 | | |
| Moisture | 14 | | |
| Contaminants / ISO cleanliness | 11 | | |
| Depends on problem suspected | 2 | | |
| No Information provided | 22 | | |
| ***Describe the method used to track & trend the continued serviceability of used oil?*** | | | |
| Oil analysis data trends | 21 | | |
| Based on lab notification | 5 | | |
| By memory | 2 | | |
| By tracking oil temperature | 1 | | |
| None in place | 16 | | |
| No Information provided | 1 | | |

## Analysis and Interpretation

### *Market Availability of Turbine Oils*

Attempts to locate suppliers of Group I oils through internet search methods were not successful. No readily available source of turbine oil matching the characteristics of the Group I oils historically used in Corps powerhouses was identified. The salient characteristics of the oils described in all product data sheets obtained for this study indicate that the only turbine oils readily available on the market are Group II oils.

All oil company representatives contacted for this study confirmed that their turbine oils are formulated with Group II oils. They also emphasized that the new oil formulations have better thermal and oxidation stability characteristics, and

therefore a longer service life, than the Group I oils. These advantages were attributed to the reduction in unsaturates (aromatics) and impurities (e.g., sulfur, nitrogen) achieved through refinement processes of various degrees of severity. This method of refinement makes these oils the best choice for use in steam and gas turbines, according to manufacturer representatives.

Corps powerhouse personnel, some of whom observed problems while operating with new oil, said they were not aware or alerted by oil company representatives to the changes in turbine oil formulation. In addition, personnel said they were not informed of the possibility that negative consequences may occur when the new Group II oils are mixed with the in-service Group I oils. End users reported confusion due to the marketing of the new oils under the same trade names and designation codes as the standard Group I oils.

None of the oil company representatives contacted would definitively predict whether Group I turbine oils would reappear on the market. However, most acknowledged that there is only a minute chance Group I oils would reappear because the refining capabilities for those oils is continually decreasing while growth of Group II oil production is surging North America and elsewhere in the world. This claim was verified through reference to a major industry trade publication and other sources (Tocci 2003; Sullivan 2003a; Sullivan 2003b; Kramer 2002).

Based on results of the market survey, conversations with oil company representatives, and articles by oil industry observers, it is concluded that the currently available Group II turbine oils will probably be the only type available in the future. Therefore, Corps powerhouse personnel will need to modify equipment and maintenance procedures in order to successfully use Group II oils in existing hydroelectric turbines.

### *Trends in Survey Responses*

Survey forms were returned by personnel from 46 Corps hydroelectric powerhouses. Notable trends in the data are presented below.

1. Majority of the respondents (61%) did not know or were not certain whether they operate with Group I or Group II oil. However, data were provided on the brands and the age of oil in service.
2. Based on information provided by oil supplier representatives, it appears that Group I oil was phased out approximately 10 years ago. Therefore, for the purpose of this report, all oils purchased within the past 10 years are as-

sumed to be Group II oils; all oils purchased before that time are assumed to be Group I oils.

3. The 46 Corps powerhouses operate 216 turbines and collectively use approximately 902,000 gallons.
4. A majority (56%) of responding powerhouses is operating with Group I turbine oils. No unusual operational problems were reported outside of normal maintenance requirements (e.g., changing governor in-line filters every 6 months, etc.).
5. Most of the Group I oils (57%) have been in service more than 20 years, and 80% of those have been in service for more than 30 years. It is estimated that these oils will be replaced with Group II oils within the next 5 years.
6. Ten powerhouses (22%) operate with a mixture of Group I and Group II oils. The majority of them (60%) reported having operational difficulties caused by air entrainment and foaming, sticking of governor valves, and/or plugged filters.
7. It is estimated that nine Corps powerhouses (approximately 20%) operate with Group II oils. Of those, five (approximately 55%) are experiencing the same operational problems as powerhouses operating with mixed oils.
8. The operating temperature of governor oil in 72% of the powerhouses is below 30 °C (86 °F) during the summer; in winter the total is 89%. Such low temperatures can contribute to sludge formation, foaming, and air entrainment.
9. Only four powerhouses (less than 9%) are equipped with and using kidney-loop filtration systems to continuously filter governor oil. Another three powerhouses use such filters occasionally.
10. None of the powerhouses is equipped with a dedicated filtration system for filtering bulk oil in the main storage tanks.
11. Most reporting powerhouses (80%) use purifiers to remove moisture from oil that are based on physical phase separation (centrifuges, coalescence filters, and filter press systems). Only 20% of the powerhouses are equipped with vacuum dehydrators or a combination of coalescence-vacuum dehydrators that are based on chemical separation of water from oil.
12. It was reported that 57% of the operating purifiers have been in use for more than 20 years. Of those, 83% have been in service for more than 30 years.
13. The performance of the purifiers as rated by plant personnel, ranges from "excellent/very good" (25%) and "good/adequate" (61%) to "inadequate/poor" (14%).
14. The practiced frequency of oil testing for the purpose of monitoring the quality and the serviceability of turbine oils varies from biannual testing (11%), annual testing (46%), once in 4 – 5 years (11%), once in 5 – 10 years (4%), or rarely (11%). However, 16% of the reporting powerhouses have never sent oil samples to a lab for testing.

15. When samples of oil were sent to a lab, powerhouses requested the following analyses:
    - viscosity (68% of time)
    - acid number (59% of time)
    - rotating pressure vessel oxidation test (4% of time)
    - elemental spectroscopy (82% of time)
    - moisture (64% of time)
    - contaminants / ISO cleanliness (50% of time)
16. The majority of powerhouses (58%) use oil analysis data to track and trend the serviceability of their turbine oil. However, a significant number of powerhouses (36%) do not have any tracking/trending system in place.

## *Causes of Operational Problems*

In an effort to understand why sludge forms so readily in Group II oils used in hydroelectric turbines, the characteristics of Group II oils were investigated and a forensic analysis of sludge was performed.

### Characteristics of Group II Oils

Group II turbine oils are blends of severely refined base oils, also known as paraffinic-type oils, and additives. The most commonly used processes for refining Group II base oils are hydrotreating, hydrocracking, isodewaxing, and hydroisomerization, or some combination of those processes. The degree of severity of the refining process affects the characteristics and performance of the base oils. Compared with Group I oils, Group II oils have improved purity (less sulfur), and a greater percentage of saturates in its molecular structure (typically in the range of 98% or more versus approximately 80 – 90% for Group I oils). Decreased amounts of unsaturated content (aromatics) enhance the oil's thermal stability (i.e., resistance to thermal degradation) and decrease the rate at which its viscosity degrades when heated. This chemical structure also decreases the solvency characteristics of the oil, and its ability to keep additives well dispersed is decreased, so improved agitation is needed. This lower solvency characteristic means that Group II oils require better contamination control practices (filtration) than Group I oils. This requirement is especially important for equipment that operates at a lower temperature, such as that commonly found in the governors of hydroelectric turbines.

### Sludge Analysis

The purpose of the forensic analysis of sludge from in-service filters was to determine its composition and the chemistry of its formation. The data indicated a high load of wear and dirt particles and carboxilate salts, which form as a result of a reaction between the acidic rust inhibitor in the Group I oil and metallic cations — most often iron, zinc and copper. In addition, the analysis detected the presence of succinimide salts (reaction byproducts of rust inhibitor from the new Group II oil) and a high concentration of carbon and varnish particles (products of thermal and oxidation degradation). The rate of suspension of these polymer-like varnish particles in oil depends on the temperature and the flow rate of the oil. It is apparent that the relatively low operational temperature and flow typical of governor applications provides the conditions for agglomeration of these particles from the oil's colloidal state. The agglomerated particles encapsulated a high amount of suspended particles to form sludge, which was ultimately deposited in the governor in-line filters. The recommended remedial actions should include:

1. means to decrease the number of particles in the oil that could potentially be encapsulated
2. means to contain escalation of varnish particles, which have been identified as a component involved in the sludge buildup process
3. means to increase and maintain higher governor oil temperature
4. means to increase the mobility of oil through agitation.

## Field Demonstration of Remedial Procedures

To implement the HDC recommendations at the Chief Joseph powerhouse, dedicated off-line, low-flow filtration systems equipped with 3 micron absolute cellulose fiber filters were added to two governor sumps. One of the filters was equipped with a low-watt density heater capable of maintaining oil temperature at 40 °C (105 °F). After 1 month of using this system, the cleanliness of the oil in both governor sumps has been improved from ISO 20/17/13(c) to ISO 16/15/12(c). In addition, no evidence of sludge was observed on in-line filters, and foaming and air entraining rates have decreased (more so in the sump where the oil was heated). The filters operate continuously, which also greatly improves oil agitation and provides better dispersal of the additives.

The results of this demonstration proved that Group II oils can be successfully introduced into hydroelectric turbine governors with Group I oils if the additives

of both lubricants are compatible in terms of solvency and other chemical characteristics. Although the technology solution described above is conceptually sound, it requires two refinements:

- determining the highest optimal temperature for governor oil in which the highest rate of air release can be achieved without negatively affecting the governor's hydraulic operating response
- determining the most effective technology for the filtration system, to include consideration of filter medium, pore size, dirt-holding capacity, flow rate, and flow direction, type of air release valves, controls, and safety features.

Currently at Chief Joseph powerhouse, four filtration systems with heaters rented from four different manufacturers have been installed and connected to different governor sumps. The purpose of this effort is to compare the efficiency of the different filtration technologies in the removal of varnish and other particulates typically found in the hydroelectric application. Results of the demonstration will be available for analysis in the first half of fiscal year 2005.

# 4 Summary and Recommendations

## Summary

Group I type rust-and oxidation-inhibited (R&O) turbine oils, which have been the standard turbine and governor lubricant used in Corps hydroelectric powerhouses, are no longer available on the market. The market for turbine lubricants is now dominated by Group II base oils and new additives, and these have led to operational problems when introduced into Corps hydropower equipment. Group II oils are expected to dominate the market for the foreseeable future, and industry experts do not foresee the reintroduction of Group I lubricants to the market.

More than half of the Corps hydroelectric powerhouses responding to a user survey reported operational problems caused by excessive foaming and air entrainment, sticking (varnishing) of the governor proportional valves, and sludge buildup plugging governor in-line filters. Analysis indicated that those problems may be attributed to a combination of the following factors:

- low solvency of Group II oils
- incompatibility between additives from new and old oils
- inadequate flushing procedures practiced during oil changeout
- low operational temperature of governor oil
- insufficient oil contamination control for the new lubricants.

The result of preliminary field tests performed at Chief Joseph powerhouse showed that hydroelectric turbines could be successfully operated with Group II oils. To be able to do so, powerhouses must modify oil contamination control procedures and increase the temperature of the governor oil. The modifications include the addition of a dedicated filtration system and a low-watt density heater to each governor sump. These measures will prevent formation and agglomeration of varnish particles in Group II oil, which occurs in poorly agitated oil at low temperature. Field-testing of different filtration systems and heaters has been conducted to identify optimal specifications for this equipment. The data collected in these tests will be analyzed in FY05, and specifications for the pre-

ferred filtration systems and heaters will be disseminated to all Corps hydroelectric projects.

Survey data show that current governor oil contamination control practices in Corps powerhouses are not adequate or, in many cases, not established. In addition, Corps powerhouses use only a demoisturizing system to maintain adequate cleanliness of the bulk oil in storage tanks, but use no additional filtration systems. Effective filtration is essential to help ensure long equipment service life and efficient system operation.

Most Corps powerhouses still operate with Group I oil, but considering the advanced age of the oil, it appears likely that they will require replacement within 5 years. In order to maintain trouble-free operation, it is essential for those powerhouses to implement the proposed equipment modifications before replacing in-service Group I oil with Group II oil.

Oil quality and serviceability testing practices are either not adequate or are not in place at almost half of the surveyed powerhouses. Establishing such a program, to include a list of required test methods, is essential to maintaining hydroelectric turbines and governors in good operating order.

## Recommendations

It is recommended that guidance for use of Group II oils be issued in FY05, and disseminated to all Corps powerhouses. The guidance should incorporate both the findings of the completed field-tests at Chief Joseph powerhouse and the best practices from the industry. This guidance should include specific information on filtration equipment requirements, procedures, and practices; specifications for governor oil heaters; and a generic description of a comprehensive flushing procedure to be completed before changeover from Group I to Group II oils. Thorough flushing is essential to eliminate potential problems caused by the incompatibility between additives from new and in-service oils or by sediments settled throughout the system. The proposed guidance also must include comprehensive information about the screening or testing of compatibility between new oils and in-service oils.

For powerhouses still operating with Group I oils and in need of a significant quantity of makeup oil, it is recommended that the entire oil stock be changed over to a Group II oil, to include the recommended upgrades of filtration equipment, oil heating devices, and flushing procedures. Until the HDC completes its

guidance on these upgrades, however, it is recommended that powerhouses in urgent need to replace turbine oil request HDC assistance with the replacement process.

It is recommended that all oil purifiers based on physical separation of oil and water be replaced with vacuum-dehydration type demoisturizers. In addition to removing free and emulsified water, these systems also effectively remove dissolved water.

It is recommended that guidance be developed for oil testing, and for tracking and trending of test data. This guidance should include a list of required test methods, generic sampling procedures, and testing frequencies. Corps personnel should use such guidance as a tool to establish predictive maintenance and an equipment reliability program.

# References

Kramer, Dave, "Base Oil Supply / Demand and Quality Issues," presented at 8th Annual Fuels & Lubes Asia Conference and Exhibition, Singapore, 29 January – 1 February 2002 (F&L Asia, Inc., 2002).

Tocci, Lisa, "Buyers Pinched as Nap Supplies Narrow," *Lube Report* (LNG Publishing Co., Falls Church, VA, 5 March 2003), http://www.lubereport.com.

Sullivan, Tim, "Calumet Boosting Group II Output," *Lube Report* (LNG Publishing Co, Falls Church, VA, 9 September 2003a), http://www.lubereport.com.

Sullivan, Tim, "Base Oil Price Report," *Lube Report* (LNG Publishing Co, Falls Church, VA, 16 September 2003b), http://www.lubereport.com.

# Appendix A: Memorandum From HQUSACE

CECW-OD 17 Sep 2003

MEMORANDUM FOR RECORD

SUBJECT: Turbine Oil Questionnaire

1. We have become aware of operational problems experienced with new turbine oils. Historically, lubricating oils used in generating units at Corps hydropower facilities were formulated with solvent refined, napthenic-type base oils (Group I). Oil companies are offering Group II turbine oils, which are blended with paraffinic-type base oils. These oils have different characteristics, and consequently, are likely to exhibit substandard performance under our present operational conditions and oil contamination control practices.

2. Three Corps powerhouses, and at least one Bureau of Reclamation powerhouse recently replaced their oil with Group II oils. All are experiencing serious and almost identical patterns of operational problems, caused by excessive foaming of the oil, an increase in air entrainment, and sludge formation which causes sticking of governor proportional valves and plugging of the in-line filters. For more details see ECB 2003-17.

3. The attached questionnaire is a part of the Corps' Infrastructure Technologies Research Program, Lubricants in Hydro-Turbines. The information from this questionnaire will help HDC investigators determine the extent of problems being experienced at our facilities, and develop potential solution, determine the quantity of oil currently in use Corps-wide, modifications to equipment needed, and develop new procedures necessary to successfully convert from Group I to Group II oils.

4. This is a time sensitive request. Please provide your answers to the questions no later than Friday, November 28, 2003, and send completed Questionnaire to John Micetic of HDC (John.S.Micetic@usace.army.mil). For further information please contact John at (503) 808-4216. Your assistance is greatly appreciated.

James Crum
The Hydropower Coordinator

# Appendix B: Oil Survey Questionnaire

**U.S. Army Corps of Engineers, Hydroelectric Design Center**
**Corps-Wide Assessment Of The Extent Of Operational Problems**
**With Oils For Generating Units In Hydroelectric Plants**

**Questionnaire**

| General Information | |
|---|---|
| Name of Powerhouse: | |
| Location: | |
| Name of Respondent: | |
| Telephone Number: Fax Number: | |
| Email Address: | |
| **Note: In recent years, several Corps powerhouses have experienced serious operational problems related to excessive foaming and air entrainment of oils in governors, sticking of proportional valves, and plugging of governor in-line filters. The information from this Questionnaire will enable HDC investigators to determine the extent of problems, modifications to equipment needed, and new procedures necessary to successfully convert from Group I to Group II oils.** | |
| Questions | Answers |
| Have you experienced an unusual increase of foaming and/or air entrainment in your governor sumps, and to what extent?<br><br>Describe the extent and the corrective action(s) taken. | |
| Have you experienced operational difficulties caused by sticking of governor proportional valves, and/or governor filter clogging?<br><br>Describe the extent of problems and corrective action(s) taken | |
| What Group (if known), brand and viscosity of turbine oil is currently in use for:<br>Main guide and thrust bearings<br>Governors<br>Kaplan hubs<br><br>(i.e. Group I, Chevron Texaco Regal, ISO 68) | |

| | |
|---|---|
| What is the average age of each brand of oil?<br><br>(Approx. # of years) | |
| What is the total amount of oil in generating units at your powerhouse?<br><br>(Estimated gallons) | |

| | |
|---|---|
| What is an average amount of oil in each of the governor:<br>Sump<br>Pressure tank<br><br>(Average amount in gallons) | |
| What is the average steady state temperature of oil in the governor sump when units are operating?<br>Winter<br>Summer<br><br>(Specify degrees F or C) | |
| Is oil in governor sump continuously filtered through a separate off-line system?<br><br>If yes, describe the system used (nominal or absolute pore size, flow rate, and achieved and maintained ISO cleanliness code). | |
| Is the oil in clean oil storage tank continuously filtered through a separate off-line system?<br><br>If yes, describe the system used (nominal or absolute pore size, flow rate, and achieved and maintained ISO cleanliness code). | |
| On what technology is your main oil purifier based, and how many years it has been in service?<br><br>(i.e. Centrifuge, coalescence, vacuum dehydration, air stripping, etc)<br><br>How would you rate its performance? | |
| How frequently are oil samples sent to a lab for routine testing, and which of the oil's characteristics are checked?<br><br>(i.e. bi-annually, annually; viscosity, TAN, RBOT, etc.) | |

| | |
|---|---|
| Describe the method used by the project personnel to track and trend the continued serviceability of used oil. | |
| Additional Comments: | |

**POC: John Micetic, Chemist**
**Hydroelectric Design Center, HDC-T**
**John.S.Micetic@nwp01.usace.army.mil**
**(503) 808-4216**

# REPORT DOCUMENTATION PAGE

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing this collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0188), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.

**1. REPORT DATE (DD-MM-YYYY)**
12-2004

**2. REPORT TYPE**
Final

**3. DATES COVERED (From - To)**

**4. TITLE AND SUBTITLE**
Performance Problems with Group 2 Hydro-Cracked Turbine Oils in Corps of Engineers Hydropower Facilities

**5a. CONTRACT NUMBER**

**5b. GRANT NUMBER**

**5c. PROGRAM ELEMENT NUMBER**

**6. AUTHOR(S)**
John S. Micetic and Alfred D. Beitelman

**5d. PROJECT NUMBER**

**5e. TASK NUMBER**

**5f. WORK UNIT NUMBER**
LH8536

**7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES)**
U.S. Army Engineer Research and Development Center (ERDC)
Construction Engineering Research Laboratory (CERL)
PO Box 9005
Champaign, IL 61826-9005

**8. PERFORMING ORGANIZATION REPORT NUMBER**
ERDC/CERL TR-04-28

**9. SPONSORING / MONITORING AGENCY NAME(S) AND ADDRESS(ES)**
HQ USACE

441 G Street, NW
Washington, DC 20314-1000

**10. SPONSOR/MONITOR'S ACRONYM(S)**
HQUSACE

**11. SPONSOR/MONITOR'S REPORT NUMBER(S)**

**12. DISTRIBUTION / AVAILABILITY STATEMENT**
Approved for public release; distribution is unlimited.

**13. SUPPLEMENTARY NOTES**
Copies are available from the National Technical Information Service, 5285 Port Royal Road, Springfield, VA 22161.

**14. ABSTRACT**

The Corps of Engineers has historically used solvent-refined napthenic-type base oils (Group I) for lubricating hydroelectric turbines and associated governor systems. Products now being supplied by the lubrication industry for the same purpose are based on hydro-cracked paraffinic oils (Group II). While these Group II products are advertised to have superior properties for use in gas and steam turbines, they have been reported to result in foaming and sludge formation when used in hydroelectric turbines. A survey of Corps of Engineers hydropower facilities was conducted to determine the extent of such problems. In-service evaluations were conducted to more clearly define the problem. Purpose-designed oil filtration and warming devices were installed at one Corps powerhouse to determine whether foaming and sludge formation could be prevented when using Group II oils. Initial results were positive, and four modified filtration/warming systems were subsequently installed to compare performance and refine technical specifications for a recommended system.

**15. SUBJECT TERMS**
operation and maintenance
lubricants
generators
oils
hydroelectric turbines

**16. SECURITY CLASSIFICATION OF:**

| a. REPORT | b. ABSTRACT | c. THIS PAGE | 17. LIMITATION OF ABSTRACT | 18. NUMBER OF PAGES | 19a. NAME OF RESPONSIBLE PERSON |
|---|---|---|---|---|---|
| Unclassified | Unclassified | Unclassified | SAR | 36 | Alfred D. Beitelman |
| | | | | | **19b. TELEPHONE NUMBER (include area code)** 217 373-7237 |

NSN 7540-01-280-5500

Standard Form 298 (Rev. 8-98)
Prescribed by ANSI Std. 239.18

WAG 000046