**Buescher, Brian C.**

**Subject:** FW: Allied v. US & Warren, US Ct. Fed. Cl.

From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Tuesday, May 31, 2005 4:27 PM
To: Moynihan, Dennis J.
Cc: sstryker@nolanolson.com
Subject: RE: Allied v. US & Warren, US Ct. Fed. Cl.

Dennis and Sue-

When I was deciding which witnesses would respond to which issues, I used an earlier Notice of Deposition which did not have issues 54 and 55. I apologize. Mr. Gall will be testifying on those matters.

Mr. Tracy will not get back until June 7 and Dennis is unavailable June 10. June 7 will be needed for witness prep. That leaves June 8 and 9.
Conrad Heinson and Snuttjer are apparently not available. Gary Christian would be available on the 9th. , but I also have two people available and I don't think it would be wise to tackle more than one witness per day. Let's plan on doing Ron Gall and Mr. Kocer on the 8th and 9th (unless there is some reason to think that Mr. Christian won't be avaialble in the near future.) Messr's Snuttjer, Christian and Heinson and our remaining deponents can be done in a later round. Is that acceptable?

Issues 23 and 30 are tied up with mr. Micetic. We don't think that the other dam sites experienced problems of the same type as Fort Randall.
I have the impression that you think that other dam sites may be relevant because of the report Mr. Micetic participated in. In the interests of avoiding a full discovery dispute at this point, I propose that we wait until Mr. Micetic's deposition before we throw down the gauntlet and declare that we will not produce other information and before you make demands for such information. After all, there wouldn't be much means for any court to assess the likely relevance of such information unless and until Mr. Micetic had testified. I will let you know when we can arrange a deposition of him.

Later- Jim.