**Buescher, Brian C.**

**Subject:** FW: Allied v. US & Warren, US Ct. Fed. Cl.

From: Moynihan, Dennis J.
Sent: Friday, June 03, 2005 3:47 PM
To: James.Colt@usdoj.gov
Cc: Connery, Michael G.; Buescher, Brian C.; sstryker@nolanolson.com; bnolan@nolanolson.com
Subject: RE: Allied v. US & Warren, US Ct. Fed. Cl.

Jim,

I apologize for not responding sooner to your below e-mail, but I have been tied up with a trial in another matter.

Deposing Messrs. Gall and Kocer on June 8th and 9th of next week is acceptable to Warren. Next week when we are together we can determine the remaining witnesses that need to be deposed, and set dates in June for the completion of those depositions.

With respect to the subject matters set-forth in paragraphs 23-30 of the 30(b)(6) Notice, as well as Warren's corresponding discovery requests in its interrogatories and requests for production directed to the Government, we are also interested in avoiding a full discovery dispute at this point. We agree that Mr. Micetic's deposition will help with a determination of the discoverability of the issues raised by paragraphs 23-30 of the 30(b)(6) Notice, as well as Warren's corresponding written discovery. Therefore, it makes sense to await Mr. Micetic's deposition before addressing the current dispute arising from these discovery issues.

However, we make the above statement regarding the pending discovery dispute with the understanding that Mr. Micetic (one of the authors of the report titled, "Performance Problems with Group II Hydro-Cracked Turbine Oils in Corps of Engineers Hydropower Facilities" (hereinafter, "Hydropower Facilities Report")) will be allowed to testify about the information he developed in that report, including, but not limited to, his tests, analyses, analytical work and other work, as it relates to Fort Randall and the Bonneville 2 Powerhouse, OR; Ozark Powerhouse, AR; Keystone Powerhouse, OK; Broken Bow, OK; and, Chief Joseph Powerhouse, WA.

It is our understanding that Mr. Micetic will be allowed to testify about the information he developed in the Hydropower Facilities Report as it relates to Fort Randall and the Bonneville 2 Powerhouse, OR; Ozark Powerhouse, AR; Keystone Powerhouse, OK; Broken Bow, OK; and, Chief Joseph Powerhouse, WA, because we are in agreement that his testimony as to all of these sites will help the Court assess the discoverability of the subject matters set-forth in paragraphs 23-30 of the 30(b)(6) Notice, as well as Warren's corresponding written discovery requests. Therefore, it appears that Mr. Micetic's deposition testimony will encompass the subject matters set-forth in paragraphs 23-30 of the the 30(b)(6) Notice, as well as paragraph 51 of the 30(b)(6) Notice, but additional discussions as to whether we can develop these issues further in discovery, as well as whether we will receive responses to the written discovery addressing these issues, will take place following Mr. Micetic's deposition testimony.

Given the pending cutoff date of July 1 for fact discovery, it would be helpful to take Mr. Micetic's deposition as soon as possible.

Please let me know immediately if any of our above stated understandings are incorrect.

We appreciate your willingness to work through the above-discussed discovery issues.