**Buescher, Brian C.**

---

**Subject:** FW: Allied Oil & Supply, Inc./U.S./Warren- U.S. Ct. of Fed. Cl.

**From:** Susan L. Stryker [mailto:sstryker@nolanolson.com]
**Sent:** Thursday, June 30, 2005 8:07 AM
**To:** James.Colt@usdoj.gov; Moynihan, Dennis J.
**Cc:** Buescher, Brian C.
**Subject:** RE: Allied Oil & Supply, Inc./U.S./Warren- U.S. Ct. of Fed. Cl.

Jim and Dennis:

Gary Christian is available Friday, July 22nd. Mr. Heinson is available Thursday, July 21st.

Jim, where are we on obtaining dates for the deposition of Mr. Micetic?

Sue Stryker
Nolan, Olson, Hansen & Lautenbaugh, LLP
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
Phone: (402) 342-6233
Fax: (402) 342-9362