**Buescher, Brian C.**

---

**Subject:** FW: Allied v. US & Warren - US Ct. Fed. Cl.

**From:** James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
**Sent:** Tuesday, July 12, 2005 2:39 PM
**To:** Moynihan, Dennis J.
**Cc:** Buescher, Brian C.; sstryker@nolanolson.com
**Subject:** RE: Allied v. US & Warren - US Ct. Fed. Cl.

Dennis, Sue, Bryan-

Excellent that Mr. Snuttjer is back. I read my prior June 28 e-mail below asking about the possibility of the week of July 18 for depos. I got Sue's e-mail about Heinson and Christian and I am sorry I did not respond sooner. Actually, it has turned out since then that I will have to take a trip to Arizona for ANOTHER case on Thursday and Friday of next week, so an Omaha trip then will not work out. I apologize for not clarifying that sooner. We'll chose a week, if possible when Messr.'s Heinson, Christian, Snuttjer, and Gall can be deposed. I think Dennis' idea that Gall's deposition should be completed after he has completed his affidavit and the other referenced docs are handed over makes sense. I am also trying to set up a deposition of Mr. Micetic for paragraph 51 (regarding only his article at this point) as soon as possible. Mr. Micetic would be deposed on his own since, given his location, we couldn't depose him in the same setting as the others. It might also be good to depose him before the others since that will give us a clearer idea of what the scope of further discovery will be. I will let you know as soon as he has gotten back to me.

Regarding the other questions:
Mr. Gall is also our 30(b)(6) designee for Paragraph 4.

Regarding Paragraphs 39 and 45, those questions about the suitability of hydrocracked oil and what caused the substance to form are questions that might need to wait for expert discovery. We have not nominated Mr. Gall as our designee on those issues.

Regarding Paragraph 49(b) and (c), Mr. Gall has apparently not been able to get copies of the two referrenced documents. Could you please provide us with copies of the documents in question? If you do so, we will have Mr. Gall review them and he will be our designee for sub-Paragraphs 49(b) and (c).

Regarding Paragraphs 54-55, we had intended to have Mr. Gall be our designee for those issues, but he informed us that there might be another employee who could better testify. Depending on the other individual's availability and knowledge, Mr. Gall might still be our designee. If so, we will inform you in advance of Mr. Gall's deposition.

Thanks- Jim.