**Buescher, Brian C.**

---

**Subject:** FW: Allied v. US & Warren, US Ct. Fed. Cl.

**From:** James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
**Sent:** Thursday, July 28, 2005 8:23 AM
**To:** Moynihan, Dennis J.
**Cc:** Buescher, Brian C.; sstryker@nolanolson.com
**Subject:** RE: Allied v. US & Warren, US Ct. Fed. Cl.

Dennis, Sue, Bryan-

I am checking with Tom Tracy about his availability, but, as for me, August 22-25, August 30-September 2, September 6-9, and September 12-15 are available. Is August 15-19 not a possibility for you?

We will check on the availability of Messrs. Gall, Bockerman, and Archambeau during those periods. Mr. Micetic is pretty available in August (but, because of the location, that depo wont be grouped with others). You all can check on the availabity of Messr.s Christian, Heinson, and Snuttjer during those time blocks. We had not planned to depose Kirk and Halfman at this time, but that could change depending upon what occurs during the Heinson, Christian, Snuttjer, and other depos. I agree with you about the possibility of weekend depos and we can see about that if the need arises and everybody else is amenable.

Regarding 30(b)(6) questions 39 and 45, as I indicated previously, the Government believes that definitive determinations about the suitability of Group II oil and the cause of the development of the substance in the turbines are going to most likely be expert discovery questions. In discussions among the parties prior to this litigation, the common surmise shared by the Corps was that that anti-foaming agents had failed to remain in solution. In addition, the Government was not aware that Warren Distribution would be supplying a different "type" of oil than what had previously filled the turbines (and, indeed, Allied Oil seemed surprised when it discovered, after the fact that a different type of oil had been supplied). However, the final explanation of the cause of the solution's formation and the suitability of Group II oil will have to wait for expert discovery by both sides. Accordingly, we do not expect to designate a 30(b)(6) deponent for quesitons 39 and 45 at this stage of discovery. As I indicated previously, we will let you know in advance whether Mr. Gall or some other witness will be our deponent for questions 54 and 55.

Later- Jim.

-----Original Message-----
From: Dennis.Moynihan@KutakRock.com [mailto:Dennis.Moynihan@KutakRock.com]
Sent: Thursday, July 28, 2005 7:58 AM
To: Colt, James (CIV)
Cc: Michael.Connery@KutakRock.com; Brian.Buescher@KutakRock.com; sstryker@nolanolson.com
Subject: Allied v. US & Warren, US Ct. Fed. Cl.

Jim:

After consulting with Sue Stryker, here are the dates of availability that work for both Sue and our office to complete depositions before the close of fact discovery on October 3rd:

1. August 22-25 (August 26th is unavailable);

2. August 29th (in the afternoon);

3. August 30-September 2;

4. September 6 - September 9 (I believe September 5th is Labor Day);

5. September 12 - September 15 (September 16th is unavailable);

6. September 19 - September 23; and

7. September 26 - September 30.

At this time, between Warren and Allied, the Government witnesses we would like to depose are:

1. John Micetic (part of the 30(b)(6));

2. Ron Gall (continued deposition and part of the 30(b)(6));

3. Ron Bockerman (he was referenced during Messrs. Arora and Gall's depositions); and

4. Jeff Archambeau (he was referenced during Mr. Gall's deposition).

We may need to discuss additional witnesses if the Government determines it is going to designate a fact witness or witnesses for paragraphs 39 &
45 in the 30(b)(6) Notice, if the Government is going to designate someone other than Mr. Gall for paragraphs 54 & 55 in the 30(b)(6)Notice, depending on the affidavit supplied by Mr. Gall regarding the test results produced by the Government and depending on resolution of our dispute regarding the discoverability of the subject matters set-forth in paragraphs 23-30 in the 30(b)(6) Notice. Also, as we complete our review of the prior depositions, and as we take the additional depositions discussed above, we cannot foreclose the possiblity of determining the need to depose another witness or witnesses based on the testimony in those depositions.

We understand that the Government still wishes to take the depositions of Messrs. Heinson, Christian, and Snuttjer. At one point in time, you mentioned that the Government may wish to depose Charles Kilstrom, Jim Kirk and Chris Halfman. Please let us know whether you will be seeking these latter depositions as well.

With the above in mind, we believe it would be worthwhile having you identify, from among the dates set-forth above, which dates you are not available to take depositions within the time remaining for completion of fact discovery. Once we know the dates you are not avaiable from among the above dates, we can then begin scheduling depositions of the above witnesses within the available dates to ensure that we schedule and take all of the necessary depositions within the time remaining to complete fact discovery. (In his order enlarging the cutoff date for fact discovery to October 3rd, Judge Damich indicated that it was unlikely the Court would grant any additional extensions to complete fact discovery. Therefore, we will need to work very hard to complete all of the remaining depositions by October 3rd.)

Since some depositions may determine the need for other depositions and fact discovery, especially Mr. Micetic's deposition, we believe it would be best to begin setting the depositions (in particular Mr. Micetic's deposition) as early as possible within the time frame of the above dates. Additionally, if necessary, we can consider using some weekends to ensure that all depositions are complete by the current fact discovery cutoff date of October 3rd.

Thanks.

-----Original Message-----
From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Monday, July 18, 2005 7:54 AM
To: sstryker@nolanolson.com; Moynihan, Dennis J.
Cc: Connery, Michael G.; Buescher, Brian C.
Subject: RE: Fw Allied Oil- Micetic Deposition

Thanks for the quick reply. I will check with Mr. Micetic. Let me ask you guys about your general availability (and witness availability) for the month of August either for Omaha depos or the Micetic depo. Thanks- Jim.

-----Original Message-----
From: Dennis.Moynihan@KutakRock.com
[mailto:Dennis.Moynihan@KutakRock.com]
Sent: Friday, July 15, 2005 5:12 PM
To: Colt, James (CIV); sstryker@nolanolson.com
Cc: Michael.Connery@KutakRock.com; Brian.Buescher@KutakRock.com

Subject: Fw Allied Oil- Micetic Deposition

Jim and Sue,

It turns out that I do have a conflict with the week of August 8th for doing the deposition of Mr. Micetic. Since we had not finalized the deposition date as of yet for Mr. Micetic, I wanted to advise you immediately.

Jim would it be possible to obtain several dates of availability for Micetic in August?

-----Original Message-----
From: Moynihan, Dennis J.
Sent: Thursday, July 14, 2005 5:20 PM
To: 'James.Colt@usdoj.gov'
Cc: Connery, Michael G.; Buescher, Brian C.; 'sstryker@nolanolson.com'
Subject: RE: Allied Oil- Micetic Deposition

Jim,

August 9th works for us to take the deposition of Mr. Micetic.

Sue, does August 9th work with your schedule for taking the deposition of Mr. Micetic?

-----Original Message-----
From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Wednesday, July 13, 2005 3:44 PM
To: Moynihan, Dennis J.
Cc: Buescher, Brian C.; sstryker@nolanolson.com
Subject: Allied Oil- Micetic Deposition

Would you all be able to do an August 9 deposition in Oregon? Mr.
Micetic says he would be available then.

##############################################################################
########################################
ANY FEDERAL TAX ADVICE CONTAINED IN THIS MESSAGE SHOULD NOT BE USED OR REFERRED TO IN THE PROMOTING, MARKETING OR RECOMMENDING OF ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT, AND SUCH ADVICE IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY A TAXPAYER FOR THE PURPOSE OF AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE.
##############################################################################
########################################
This E-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.
##############################################################################
########################################