**Buescher, Brian C.**

---

**Subject:** FW: Allied v. US & Warren - US Ct. Fed. Cl. (Follow-Up Regarding Documents Identified At Both Messrs. Gall And Kocer's Depositions)

**From:** James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
**Sent:** Tuesday, August 02, 2005 2:11 PM
**To:** Moynihan, Dennis J.
**Cc:** Connery, Michael G.; Buescher, Brian C.; sstryker@nolanolson.com
**Subject:** RE: Allied v. US & Warren - US Ct. Fed. Cl. (Follow-Up Regarding Documents Identified At Both Messrs. Gall And Kocer's Depositions)

Agency counsel cannot leave Omaha during the week of August 15, though he can do depositions in Omaha. So we couldn't do the Micetic depo then, but that week is still open for other depos. What is that week looking like for you all?