**Buescher, Brian C.**

**Subject:** FW: Allied v. US & Warren, US Ct. Fed. Cl.

From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Thursday, August 11, 2005 1:33 PM
To: sstryker@nolanolson.com; Moynihan, Dennis J.
Cc: Buescher, Brian C.
Subject: RE: Allied v. US & Warren, US Ct. Fed. Cl.

I hadn't heard anything from you guys about the week of August 22nd, but I need to inform you that a deposition in another matter might get scheduled that week. It isn't scheduled yet, though, if it happens, it will have to be that week, so, I had better keep that time slot clear.
Just wanted to update you all. Let's start thinking about the week of the 29th before Labor Day. Later- Jim.