**Buescher, Brian C.**

**Subject:** FW: Allied v. US & Warren, US Ct. Fed. Cl.

From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Monday, August 15, 2005 1:09 PM
To: Moynihan, Dennis J.
Cc: Buescher, Brian C.; sstryker@nolanolson.com
Subject: RE: Allied v. US & Warren, US Ct. Fed. Cl.

Mr. Micetic will be available August 31 for a deposition. Would you all still be able to take a deposition in Oregon at that time? We are still checking regarding Bockerman and Archambeau. Later- Jim.