**Buescher, Brian C.**

**Subject:** FW: Allied Oil v. U.S./Warren

From: James.Colt@usdoj.gov [mailto:James.Colt@usdoj.gov]
Sent: Monday, August 22, 2005 4:06 PM
To: sstryker@nolanolson.com
Cc: Moynihan, Dennis J.
Subject: RE: Allied Oil v. U.S./Warren

Dennis and Sue-

Mr. Micetic will be available at 9:00 on August 31 at the Portland District offices of the Army Corps of Engineers. The address is 333 SW 1st Avenue in Portland Oregon 97204. Please let us know who will be coming from your offices and the name of the Court reporter so we can have nametags made.

Regarding the further depositions, since Mr. Christian will be available on September 7 (thanks for his flexibility), I propose the following deposition schedule. Please let me know if this is acceptable to you both:

Christian- September 7
Gall- September 8

Next Week:
Archambeau- Septemebr 13
Heinson- September 14
Snuttjer- September 15
Bockerman- September 16

This schedule should take care of the currently-planned depositions.
Later- Jim.