IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br><br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR ENLARGEMENT OF DEADLINE TO FILE A JOINT STATUS REPORT**

Pursuant to Rule 6(b) and 6.1 of the Rules Of The United States Court Of Federal Claims ("RCFC"), Allied Oil & Supply, Inc, Plaintiff, the United States, Defendant, and Warren Distribution, Inc., Third-Party Defendant, (the "Parties") move this Court for Enlargement of the Deadline for the filing of a Joint Status Report from October 18, 2005 to October 25, 2005 for the purpose of enabling the Parties to have additional discussions with their clients to discuss the issues relevant to the Joint Status Report.

In support of this Motion to Enlarge, the Parties show the Court the following:

1. The original date for the Close of Fact Discovery was April 1, 2005 with a joint status report due on April 18, 2005. Pursuant to a Joint Motion, the deadline for close of fact discovery was then changed to July 1, 2005 with a joint status report due on July 18, 2005. The deadline for close of fact discovery was changed a third time pursuant to a Joint Motion of the Parties to October 3, 2005 with a joint status report due on October 18, 2005.

2. The date of the status conference in this matter has been moved from October 26, 2005 to November 9, 2005.

3. The requested one week extension to file a joint status report will provide the parties with additional time that is needed to adequately discuss the issues relevant to the Joint Status Report with their clients. The Parties realized an extension would be helpful after they had a telephone discussion on October 11, 2005 to address the Joint Status Report.

4. The undersigned is aware of the Court's Special Procedures Order request that requests for enlargement be filed "as early as possible" and "generally at least five (5) business days in advance." (Special Procedures, 4(b)). We request leave to file this motion within (5) business days for the reason that the Parties realized an extension would be helpful after they had a telephone discussion on October 11, 2005 to address the Joint Status Report.

5. This is a Joint Motion by all Parties and all Parties have reviewed and approved this Motion.

WHEREFORE, the Parties request that the date the Parties must file a Joint Status Report be extended from October 18, 2005 to October 25, 2005.

Dated this 13th day of October, 2005.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Phone: (202) 514-7300

s/Brian Nolan by Susan Stryker
BRIAN NOLAN
Nolan, Olson, Hansen & Laughtenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
Phone: (402) 342-6233
Facsimile: (402) 342-9362
*Counsel for Plaintiff Allied Oil & Supply, Inc.*

s/Dennis Moynihan by Brian C. Buescher
DENNIS MOYNIHAN
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
*Counsel for Third-Party Defendant Warren Distribution, Inc.*

Facsimile: (202) 307-0972
*Counsel for Defendant The United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN