# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: October 17, 2005)

***********************************
**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**WARREN DISTRIBUTION, INC.,**

Third-Party Defendant.
***********************************

## ORDER

On October 3, Third Party Defendant, Warren Distribution, Inc. ("Warren") filed a Motion for Enlargement of Fact Discovery Deadline for the Purpose of Serving a Subpoena upon Chemoptix, LLC. In the motion, Warren Distribution indicated that Defendant intends to oppose the motion. Response to the motion is due on October 20, 2005.

On June 27, 2005, however, an order was issued setting a joint status report deadline of October 18, 2005. On September 28, 2005, an order was issued scheduling a status conference for November 9, 2005. The joint status report and the status conference were intended to follow the termination of fact discovery.

In addition, on October 13, 2005, the parties filed a Joint Motion for Enlargement of Deadline to File a Joint Status Report, requesting that the deadline be extended until October 25, 2005.

The Court ORDERS that the joint status report deadline of October 18, 2005, and the status conference scheduled for November 9, 2005 be, and hereby are, cancelled. A new order

will be issued rescheduling the joint status report deadline and the status conference after briefing on Warren's motion is complete and a decision has been rendered by this Court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge