# Attachment F

A. It was supposed to be sent to all.

Q. And attached to this was a draft questionnaire as well, correct?

A. Correct.

Q. I would like to just refer you to item 2 there. Item 2 says, "Three Corps powerhouses, and at least one Bureau of Reclamation powerhouse recently replaced their oil with Group II oils. All are experiencing serious and almost identical patterns of operational problems, caused by excessive foaming of the oil, an increase in air entrainment, and sludge formation which causes sticking of governor proportional valves and plugging of the in-line filters." I'm referring to that paragraph.

Is it your understanding that these referenced, quote, identical patterns of operational problems which are referenced in this paragraph 2 was the primary reason that this report was commissioned in the first place?

MR. COLT: Objection, leading.

A. This, the problems that we were focusing or that we are seeing as identical, is limited to the governor operation, and the whole report, actually, is focused on the governor and the governor operation, even the recommendations later on are referring to

equipment needed to -- or modification to the system to alleviate any possible problems in the governor operation. It does not reflect anything as far as the other areas of lubrication such as a thrust bearing, guide bearing, turbine bearing, and Kaplan hub.

Q. BY MR. BUESCHER: So I understand, the, quote, serious and almost identical patterns of operational problems referenced in this paragraph 2 here, would it be accurate to say that those problems were the primary reason behind conducting the study as reflected in this report?

MR. COLT: Objection, asked and answered.

A. When we -- when it says identical -- "almost identical," meaning the situation in the governor and with the governor oil, and that is a pattern that was seen on almost all places, so that's why it was probably that word "almost," that I recall, because they can vary in degree, but basically it's the same type of problems.

Q. BY MR. BUESCHER: And you conducted the study because you saw some problems out there; is that right?

A. Correct.

Q. When you say identical patterns of operational

(Discussion off the record.)

Q. BY MR. BUESCHER: Are you aware of any problems at Fort Randall with the turbine oil that were not covered in the report?

A. Yes. From the Memo for the Record that I mentioned earlier, there was talk about oil gelling, and that was something that I just did not have enough information to put it in the report, especially the information that would collaborate that information like lab reports or some expert opinions.

MR. BUESCHER: All right. Do you want to take that break right now?

(Discussion off the record.)

MR. BUESCHER: For the record, at the agreement of the parties we're stopping this deposition at 11:58.

(A recess was taken from 11:58 to 12:49.)

Q. BY MR. BUESCHER: Mr. Micetic, I think we're back on the record. I think we're going to move on now and look at page 5 of the report, and it's Bonneville 2 Powerhouse.

A. Correct.

Q. The oil in Bonneville 2 Powerhouse in Oregon was replaced, the turbine oil was replaced. Is that correct?