Q. I believe that you testified that there is a difference between how the oil is used in the governor unit which is a hydraulic type of use and then in the thrust bearing and guide bearings it's used as a lubricating oil. Given that, the temperature still affects the actions of that oil. Is that correct?
A. Correct.
Q. So in other words, if you would have a -- if you would -- the same temperature issues that were experienced in the governor would also be experienced in the thrust bearing or the guide bearing areas where it's used as a lubricating oil?
MR. COLT: Objection, leading.
A. Thrust bearings oil, the temperature -- operational temperature's somewhere from 65 to 75 degrees C, while the operational temperature of the governor oil is whatever the ambient temperature is, which might be 10 degrees C, 15, 20, or 25 degrees C, but nowhere near the temperature of the thrust bearings.
Q. BY MS. STRYKER: But the temperature would still have the same effect. Say that the temperature in the thrust bearing area dropped, it would have the same effect as it would with that corresponding

provided to the government?

A. Yes, I have.

Q. Did you observe the gel that was in the thrust bearing and/or nongovernor parts of the machines at Fort Randall, the turbines at Fort Randall?

A. Yes.

Q. How would you compare the sludge at the Chief Joe Dam with the gel at Fort Randall?

A. There was a difference in consistency and color that I could observe.

Q. What was the difference in color?

A. The gel from the tape was whitish, light tan in color, light yellow in color, while the Chief Joe in-line filters were plugged with dark brown, precompacted sludge.

Q. Did you see anything comparable to the Fort Randall gel come out of Chief Joe?

A. No.

Q. Or any other dam?

MR. BUESCHER: I would like to put in my objection on the basis of foundation. I'll interject an objection to that.

MS. STRYKER: I'll join.

Q. BY MR. COLT: I believe you stated -- just to clarify, you stated in response to a question from

Ms. Stryker that -- well, actually you stated and your report states, if I'm correct, that the -- an important factor in the formation of the sludge in the generators was concluded to be the low ambient temperatures in the governor?

A. Correct.

Q. And I believe you said that the governor usually had a temperature of around 40 degrees centigrade?

A. That is the temperature that we were shooting for.

Q. Oh, okay, I'm sorry, yes. So it might be much lower?

A. Ambient temperature.

Q. Okay, ambient temperature. The governors, when you were resolving the sludge problem you would raise the temperature to approximately what?

A. 100 degrees C or 105 F.

Q. I believe you mean 40 degrees centigrade?

A. Correct, 40 degrees C or 105 F.

Q. Okay, Fahrenheit. Okay. And raising it to that temperature, would that resolve the sludge problem in the governors?

A. It's --

MR. BUESCHER: Objection to the form.

Q. BY MR. COLT: Would raising the governors to approximately 40 degrees centigrade resolve the

FURTHER EXAMINATION

BY MR. BUESCHER:

Q. I would like to first talk to you about the video you reviewed of the Fort Randall Dam. Could you describe to me what -- what that video was?

A. Video was about the thrust bearings and the parts in the turbine that were covered with some type of gel.

Q. Okay. How was the audio quality of the video when you saw it?

A. Zero. There was nothing that I could understand, not a single word.

Q. How was the lighting when you took a look at the video?

A. It was sometimes better, sometimes worse, but.

Q. Were there instances where people were using a light of some sort to shine inside the turbines or on the parts somewhere?

A. I noticed that.

Q. Would you agree that parts of that video were pretty dark?

A. Yes.

Q. And you have never been to Fort Randall to see their facility; is that correct?

A. Correct.

Q. And you had no personal contact with the sludge or the substance that was in the turbines; is that right?

A. Correct.

Q. Is it possible that you couldn't see that substance very well on the video as well as you could see the St. Joe (sic) substance? Is that possible?

A. Possible.

Q. You were asked several questions regarding the thrust bearings and other parts of the turbine which uses oil, a turbine oil. Do you recall that?

A. Yes.

Q. Do you have any idea what the temperature is or was -- is generally at Fort Randall when the turbines are running, for turbine oil?

A. Not from the top of my head, but I'll have to take a look at the reply on the survey from Fort Randall and if they put that information in -- there, was a question about what is the average temperature in the summer and in the winter, so -- but I don't know off the top of my head what their response was.

Q. If you go back and take a look at, say, page 13 of your report, the first question on page 13 says, "What is average temperature of oil in the governor

absolute cellulose fiber filtration system to each governor sump." Do you see that?

A. Yes.

Q. It goes on to say, "the filters needed to be equipped with low-watt density heaters capable of maintaining governor oil temperature at approximately 40 degrees Celsius." Do you see that?

A. Yes.

Q. That recommendation below that regarding the filters needed, you're suggesting that recommendation -- suggesting that change at Fort Randall. Is that right?

A. Correct.

MR. BUESCHER: I think I'm done with the questions.

FURTHER EXAMINATION

BY MS. STRYKER:

Q. Have you seen any test results showing the composition of the alleged sludge at Fort Randall?

A. No.

Q. There's been two terms used in your testimony this afternoon. One, gel, and the other, sludge. Can you tell me the difference in those terms as you

have used them today?

A. Gel seems more like a -- like a gel. I think I remember the -- on that tape that somebody wiped it, I don't know, with a finger or with something, but it was like a Vaseline type of gel. Sludge at the Chief Joe was pretty compacted and dark brown, almost black. That is how I can best describe what the difference is.

Q. Did you touch the sludge at Chief Joe?

A. I had it on my desk here, yeah, and I did touch it.

Q. What did you observe when you touched it?

A. Well, it was just like somebody would grab a -- I don't know, like a thick grease, like thick black grease, something like that. It's hard to -- I don't have a reference to refer to.

MS. STRYKER: I don't have any further questions.

MR. COLT: Thank you very much.

MR. TRACY: Actually, I have three questions. We'll probably go backwards here, just to follow that up.

FURTHER EXAMINATION

BY MR. TRACY:

Q. You were just asked about the differences between

an issue with the oil in the turbine units, they
would contact the Hydroelectric Design Center?

A. Yes.

MR. COLT: I have one question, actually.

FURTHER EXAMINATION

BY MR. COLT:

Q. Do you recall testifying that the temperature in
the thrust bearing was approximately 65 centigrade
to 75 centigrade?

A. Yes.

Q. Where did you get that knowledge?

A. By talking to mechanical engineers, senior
mechanical engineers, turbine experts.

MR. COLT: Thank you.

MR. BUESCHER: I just have a question for you,
a follow-up on the sludge/gel discussion.

FURTHER EXAMINATION

BY MR. BUESCHER:

Q. Would you agree that whether you call it sludge,
gel, the reality is this stuff really causes damage
to the turbine units?

MR. COLT: Objection, leading.

A. I agree.