IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant, And WARREN DISTRIBUTION , INC., Third-Party Defendant. | CASE NO. 03-02673<br>DEPOSITION TAKEN ON BEHALF OF THE UNITED STATES<br>COPY |

DEPOSITION OF ROBERT "CONRAD" HEINSON

taken before Vickie L. Quinn, Court Reporter and Notary Public for the State of Nebraska, beginning at 9:15 a.m., on the 14th day of September, 2005, at 1905 Harney, Suite 800, Omaha, Nebraska.

** ** ** **

EXHIBIT A

down there (indicating), after he lists possible causes, can you read that sentence? "We readily acknowledge..."

A (Witness complies.) Yeah, I read that.

Q Okay. I believe the sentence says, "We readily acknowledge that some drop out of the silicone antifoam occurred..." Do you recall Mr. Schlott making any acknowledgement to you?

MR. BUESCHER: Object to form and foundation.

A I don't remember what Schlott told me in regard to that.

Q Further down -- And after this letter --

A Uh-huh.

Q -- we'll take a break. But further down toward the end of this paragraph, in fact, in the last sentence of the paragraph, the one beginning with, "This replacement..." Do you see that sentence?

A Yep.

Q I believe the sentence says, "This replacement should be with a fluid containing