IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant. | Case No. 03-2673C<br><br>TAKEN ON BEHALF OF DEFENDANT |

DEPOSITION OF ROBERT SCHLOTT, taken at 9:00 a.m. on May 10th, 2005, by Gary Thibault, General Notary Public in and for the State of Nebraska, taken at 1650 Farnam Street, Omaha, Nebraska.

COPY



EXHIBIT
B

Q. Do you recall that meeting?

A. No, I don't recall this specific meeting. This states that I was there. Could well have been.

Q. Okay.

A. I don't know whose notes these are either, do you know?

Q. They were produced by Allied Oil.

A. Gary Christian or Jim Kirk is what you're saying?

Q. I actually --

A. Whose handwriting is this, do you know?

Q. I don't know at this point.

A. Okay. I'm just curious.

Q. Do you recognize it?

A. No, I don't.

Q. It says, about two-thirds of the way down, there's a paragraph that says Bob S. stated to Corps that new product was combination of category 1 and 2 base stock. As conversation went on, stated that last year's product with Dow package, he had insufficient information and research resulting in problems with Dow's additive.

Do you recall making that statement?

MR. MOYNIHAN: I'm just going to object on foundation because I'm not sure, although you're reading from the note, it's not clear exactly what that word is, whether it's insufficient or what the actual word is.

Q. Do you recall making that statement?

A. I don't, no.

Q. Do you recall any statements you made at that meeting?

A. No, I don't.

MR. NOLAN: If we could take a moment and go off the record.

(A short recess was taken.)

Q. After -- do you recall by what point Warren Distribution had supplied the amount of oil that was committed to be supplied to Allied under this contract?

A. Not, not in memory, no. We've got the documents that would indicate what those shipments dates were, but I don't know what they were.

Q. Okay. After the problems appeared with the new oil, the oil that was provided initially under the contract?