IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2673C |
| THE UNITED STATES, | ) | (Judge Damich) |
| Defendant, | ) | |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from February 3, 2006, to and including February 10, 2006, the due date for the parties' filing of the Joint Status Report ("JSR") mandated by this Court's December 12, 2005, order. This is the Government's first such request. Counsel for plaintiff and intervenor support this request.

The parties have held a conference call to discuss a Joint Status Report and a proposed draft is circulating among the parties. However, counsel for intervenor has since raised questions of further fact discovery that were not discussed in the initial conference call. In addition, undersigned counsel will need more time to complete the required internal Department of Justice review prior to filing the Joint Status Report. The parties agree that we should be able to file the required JSR by February 10, 2006. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by seven days, from February 3, 2006 to and including February 10, 2006, the due-date for parties' filing of the JSR in this matter.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

February 2, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt