# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: March 1, 2006)

| | |
|---|---|
| *********************************** | |
| | * |
| **ALLIED OIL & SUPPLY, INC.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| **WARREN DISTRIBUTION, INC.,** | * |
| | * |
| Third-Party Defendant. | * |
| | * |
| *********************************** | |

## ORDER

Pursuant to the status conference held on February 28, 2006, the Court ORDERS the following:

1. The Parties shall file a joint motion for protective order, including the proposed order, on or before **March 6, 2006**.

2. On or before **March 6, 2006**, Plaintiff shall file a notice with the court clarifying or supplementing the portions of the contract that were submitted as exhibit A attached to the complaint. In particular, Plaintiff shall:

   A. Clarify whether reference to Table 1 in paragraph 3.1 of the contract (ex. A, p. 6) is intended to refer to Table A, Chemical and Physical Requirements and Test Methods (ex. A, p. 7), or if Table 1 is a separate table. If Table 1 is a separate table, then Plaintiff shall file a copy of the table.

B. File a copy of paragraph 3.4.3 of the contract, pertaining to government testing, which is referenced in the contracting officer's final decision (ex. B, p. 2, 10).

3. On or before **March 31, 2006**, the Parties shall establish a protocol for how to handle access to samples that each Party identified during fact discovery, especially those samples that are in short supply. If the Parties determine that they cannot resolve the matter without court intervention, they shall contact the Court to request a status conference as soon as possible.

4. Expert Discovery shall proceed according to the following schedule:

| | |
|---|---|
| Expert reports due | **June 30, 2006** |
| Rebuttal expert reports due | **August 9, 2006** |
| Expert discovery ends | **November 7, 2006** |
| Settlement period ends | **January 8, 2007** |

5. The Parties shall file a Joint Status Report on or before **November 21, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge