**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | No. 03-02673 C |
| | ) | |
| Defendant. | ) | |
| | ) | |
| And | ) | |
| | ) | Chief Judge Edward J. Damich |
| WARREN DISTRIBUTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | | |

**NOTICE**

COMES NOW the Plaintiff, Allied Oil & Supply, Inc., and pursuant to the Scheduling Order entered on March 1, 2006 (Filing No. 41), provides clarification to the court as required in Paragraph 2A and Paragraph 2B of said Order as follows:

1. Paragraph 3.1 appearing at page 6 of Exhibit “A” to Plaintiff’s Complaint (Filing No. 1) is contained within a document prepared by the Defendant, The United States of America. As the Plaintiff is not the author of the document, it cannot represent to the court that the reference to TABLE 1 in paragraph 3.1 is intended to refer to TABLE A appearing at pages 7 and 8 of Exhibit “A” to Plaintiff’s Complaint. However, the Plaintiff represents that TABLE A appearing at pages 7 and 8 of Exhibit “A" to Plaintiff’s Complaint was provided to Plaintiff in conjunction with the Solicitation/Contract/Order for Commercial Items contained within Exhibit “A” to Plaintiff’s Complaint and that the Plaintiff is unaware of the existence of a document titled TABLE 1.

2. As to the request of the court for the Plaintiff to file a copy of paragraph 3.4.3 of the contract, Plaintiff respectfully directs the court's attention to page 23 of Exhibit "A" attached to Plaintiff's Complaint (Filing No. 1).

Respectfully submitted this 3rd day of March, 2006.

ALLIED OIL & SUPPLY, INC., Defendant

BY: s/ Brian D. Nolan by Susan L. Stryker

For: NOLAN, OLSON, HANSEN,
LAUTENBAUGH & BUCKLEY, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
(402) 342-6233
Brian D. Nolan, #17764
Susan L. Stryker, 18478

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
james.colt@usdoj.gov

Dennis J. Moynihan, Esq.
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102
dennis.moynihan@kutakrock.com

s/Brian D. Nolan by Susan L. Stryker
BRIAN D. NOLAN