IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br><br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR PROVISIONAL PROTECTIVE ORDER**

COME NOW Plaintiff Allied Oil & Supply, Inc. ("Plaintiff"), Defendant The United States ("Defendant") and Third-Party Defendant Warren Distribution, Inc. ("Third-Party Defendant") (collectively "Parties"), pursuant to an Order of this Court dated March 1, 2006 and RCFC 26(c), by and through their respective counsel, move this Court to enter a Provisional Protective Order.

In accordance with the Parties request that the Court enter a Provisional Protective Order, the Parties state as follows:

1. Some information subject to discovery requests in this matter is deemed by one or more of the Parties to be proprietary, confidential, or sensitive commercial information;

2. Production of the information which is deemed by one or more of the Parties to be proprietary, confidential, or sensitive commercial information may be harmful to or cause an undue burden upon a Party or the Parties; and

3. The Parties have conferred as required by RCFC 26(c) and have come to an agreement upon the terms of a Provisional Protective Order.

WHEREFORE, the Parties jointly request that the Court enter the Provisional Protective Order attached hereto as Exhibit 1.

Respectfully submitted this 3rd day of March, 2006,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Brian Nolan by Susan Stryker
BRIAN NOLAN
Nolan, Olson, Hansen & Laughtenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
Phone: (402) 342-6233
Facsimile: (402) 342-9362
*Counsel for Plaintiff Allied Oil & Supply, Inc.*

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Phone: (202) 514-7300
Facsimile: (202) 307-0972
*Counsel for Defendant The United States*

s/Dennis Moynihan by Brian C. Buescher
DENNIS MOYNIHAN
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
*Counsel for Third-Party Defendant Warren Distribution, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN