IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2673C |
| | ) | |
| v. | ) | (Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the parties respectfully requests that the Court enlarge by 14 days, from March 31, 2006, to and including April 14, 2006, the deadline for the parties to establish a protocol for the exchange of oil samples to facilitate expert discovery in this matter. This is the parties' first such request.

This Court's March 1, 2006, order required that the parties "establish a protocol for how to handle access to samples" identified in discovery. The parties have consulted on this and have circulated a draft protocol. The parties have sought the opinions of their respective experts regarding the adequacy of existing samples, and the feasibility of the exchange protocol. However, not all parties have received responses from their experts. The parties have not encountered any disputes regarding samples at this pont and expect that we will be able to agree upon the exchange of samples by April 14, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 14 days, from March 31, 2006 to and including April 14, 2006, the deadline for the parties to establish a protocol for the exchange of samples.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Dennis J. Moynihan by Brian Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
Attorneys for Third-Party Defendant

s/ Brian Nolan by Susan Stryker
BRIAN NOLAN
NOLAN, OLSON, HANSEN &
LAUGHTENBAUGH, LLP
Attorneys for Plaintiff

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

March 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2006, a copy of the foregoing JOINT MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt