IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR EXTENSION OF TIME TO ESTABLISH PROTOCOL**

COME NOW Plaintiff Allied Oil & Supply, Inc. ("Allied"), the Defendant the United States of America (the "Government'), and Third-Party Defendant Warren Distribution, Inc. ("Warren") pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, who respectfully request that the Court enlarge by 14 days, from April 28, 2006 to and including May 12, 2006 for the parties to establish a protocol for the exchange of samples, and to determine if agreement can be reached on the amount and type of samples to be exchanged. This is the third request for an extension.

In support of this Motion, Allied and Warren state as follows:

1. On March 1, 2006, the Court Ordered the parties to "establish a protocol on how to handle access to samples" identified in discovery by March 31, 2006.

2. On March 30, 2006, all parties filed a Joint Motion to Extend the date for which the parties were to establish a protocol until April 14, 2006. The Court granted the Joint Motion on the same day.

3. On April 14, 2006, Allied and Warren filed a Joint Motion to Extend the date for which the parties were to establish a protocol until April 28, 2006. The Court granted the Motion the following Monday.

4. The Parties have circulated a protocol and have agreed upon the procedures for the splitting of samples and providing information, if available, with the samples. The Parties have not yet come to a complete agreement as to the amount and type of samples to be exchanged.

5. On Monday, April 17, 2006, the Government provided Allied and Warren with a request for certain types and amounts of samples. The individual at Warren Distribution who is knowledgable about the requested samples has been out of the office beginning late last week and has not been able to confirm if Warren will have sufficient sample to fulfill the request by the Government. The knowledgable individual will be back next week and Warren expects to be able to respond to the Government regarding its request shortly after her return.

6. Allied is still in the process of determining whether it has sufficient sample to fulfill the request by the Government.

7. If Warren and Allied do not have sufficient sample to meet the Government's request, then the parties will have to determine whether they can agree on a method for addressing this circumstance. Otherwise, this issue will have to be brought before the Court.

8. Warren has contacted the Government and Allied regarding this extension and neither have any objection. Both have agreed to join in this Motion.

9. None of the parties wish to request a status conference at this point, because we would like to determine if all issues related to the exchange of samples can be worked out among the parties without the Court's intervention.

10. We anticipate that within the two weeks requested period, the parties will either reach an agreement on the amount and type of samples to be exchanged, or will notify the Court whether a telephonic hearing is necessary to address issues related to the exchange of samples.

WHEREFORE, Allied, Warren and the Government jointly request that the Court enlarge by 14 days, from April 28, 2006 to and including May 12, 2006, the deadline for the parties to establish a protocol for the exchange of samples, and to determine if agreement can be reached on the amount and type of samples to be exchanged.

Respectfully submitted this 28th day of April, 2006,

s/Brian Nolan by Susan Stryker
BRIAN NOLAN
Nolan, Olson, Hansen & Laughtenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
Phone: (402) 342-6233
Facsimile: (402) 342-9362
*Counsel for Plaintiff Allied Oil & Supply, Inc.*

s/Dennis Moynihan by Brian C. Buescher
DENNIS MOYNIHAN
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
*Counsel for Third-Party Defendant Warren Distribution, Inc.*

s/ James D. Colt, Esq.
James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN