# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: May 1, 2006)

| | |
|---|---|
| **ALLIED OIL & SUPPLY, INC.** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant, | * |
| and | * |
| **WARREN DISTRIBUTION, INC.,** | * |
| Third-Party Defendant. | * |

## ORDER

On March 1, 2006, the Parties were ordered to establish a protocol for the handling of samples among themselves, especially those in short supply, by March 31, 2006. Subsequent to that order, the Parties requested a first extension of time until April 14, 2006, and a second extension of time until April 28, 2006, to complete the protocol. Both of those extensions of time were granted.

On April 28, 2006, the Parties filed a Joint Motion for Extension of Time to Establish Protocol, requesting the Court to extend the deadline yet again, until May 12, 2006. This is the Parties' third request for an extension of time. The Court hereby GRANTS the Parties' request. If the Parties are still unable to agree to a protocol for handling the samples on or before May 12, 2006, the Parties shall so notify the Court informally (by phone or e-mail) on that date. The Parties shall then file a Joint Status Report, discussing where the Parties agree and disagree on a proposed protocol, on or before May 26, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge