IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2673C |
| THE UNITED STATES, | ) | (Judge Damich) |
| Defendant, | ) | |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by five days, from May 26, 2006, to and including May 31, 2006, the due date for the parties' filing of the Joint Status Report ("JSR") mandated by this Court's May 1, 2006, order. This is the Government's first such request. Counsel for plaintiff and intervenor support this request.

On May 22, counsel for the Government sent a draft JSR that had undergone internal Department of Justice review, to counsel for the plaintiff and Warren. At 4:23P.M. on Thursday, May 25, counsel for Warren sent Government counsel a draft JSR that was three pages longer than the draft that the Government had sent and made several new proposals. The Government is considering the proposed changes and will discuss proposals with its expert. However, it is not possible, on the final day prior to a major national holiday, to contact our expert, evaluate the additional proposed language, agree upon a revised JSR, and submit such JSR for the required

internal Department of Justice review. For this reason, we request that this Court allow us to file the JSR on Wednesday May 31. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by five days, from May 26, 2006 to and including May 31, 2006, the due-date for parties' filing of the JSR in this matter.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

May 25, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt