IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2673C |
| THE UNITED STATES, | ) | (Judge Damich) |
| Defendant, | ) | |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

# JOINT MOTION TO EXTEND DEADLINES

Pursuant to the Court's Scheduling Order entered March 1, 2006, the Court set out the following deadlines for expert discovery and for a settlement period:

| | |
|---|---|
| Expert reports due: | June 30, 2006 |
| Rebuttal expert reports due: | August 9, 2006 |
| Expert Discovery ends: | November 7, 2006 |
| Settlement period ends: | January 8, 2007 |

The parties have not previously requested and the Court has not previously extended these dates.

Since the parties were unable to agree upon all points of a sample exchange protocol which has delayed the exchange of samples, the Parties note that their respective experts will have difficulty meeting the June 30, 2006 deadline for submitting expert reports given that testing has not yet begun. For this reason, the Parties request that all deadlines be extended by sixty (60) days to provide a sufficient amount of time for the Parties' respective expert witnesses to test and review the subject samples**,** and

otherwise conduct an investigation they deem necessary, which must precede the preparation and submission of a Rule 26 report. The Parties respectfully request the Court to consider the following new schedule:

| | |
|---|---|
| Expert Reports Due: | August 29, 2006 |
| Rebuttal expert reports due: | October 9, 2006 |
| Expert discovery ends: | January 8, 2007 |
| Settlement period ends: | March 9, 2007 |

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643
Attorneys for Defendant

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
Attorney for Third-Party Defendant

s/Brian D. Nolan by Susan L. Stryker
BRIAN D. NOLAN
NOLAN, OLSON, HANSEN & LAUGHTENBAUGH
1905 Harney St. Ste. 800
Omaha, NE 68102
Attorney for Plaintiff

June 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian C. Buescher