# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: June 5, 2006)

| | |
|---|---|
| **ALLIED OIL & SUPPLY, INC.** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant, | * |
| and | * |
| **WARREN DISTRIBUTION, INC.,** | * |
| Third-Party Defendant. | * |

## ORDER

On March 1, 2006, the Parties were ordered to establish a protocol for the handling of samples among themselves, especially those in short supply, by March 31, 2006. The Court subsequently granted three extensions of time, yet the Parties had still not reached agreement on a protocol by May 12, 2006. In the joint status report filed on June 2, 2006, the Parties reported that they had come to agreement with regard to the procedure for splitting the samples and the information that would be provided with each sample; however, the Parties disagreed regarding the proportion that each of the Parties would receive. A status conference to discuss the issue was held on June 2, 2006.

The Court hereby ORDERS that the samples shall be divided as follows: Defendant shall receive one-third of each sample; Plaintiff and Third-Party Defendant, Warren Distribution, Inc. ("Warren"), shall together receive one-third of each sample; and the remaining one-third of each sample shall be held in reserve for potential future litigation between Plaintiff and Warren. In the expert report provided by each party, the expert witness shall provide a sworn affidavit stating that no more than one-third of the total sample volume was used in all of the tests that he/she conducted.

On June 2, 2006, the Parties also filed a Joint Motion to Extend Expert Discovery Deadlines. The motion is GRANTED. The discovery schedule set forth in the order issued on March 1, 2006, is hereby rescinded. The Court ORDERS the Parties to adhere to the following discovery schedule:

| | |
|---|---|
| Expert Reports due | August 29, 2006 |
| Rebuttal Expert Reports due | October 9, 2006 |
| Expert Discovery ends | January 8, 2007 |
| Joint Status Report due | January 22, 2007 |
| Settlement Period ends | March 9, 2007 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge