IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br>Chief Judge Edward J. Damich |

**MOTION TO EXCLUDE WILLIAM HERGUTH AS AN EXPERT WITNESS FOR THE UNITED STATES AND MOTION FOR PROTECTIVE ORDER**

COMES NOW Third-Party Defendant Warren Distribution, Inc. ("Warren"), pursuant to RCFC 26(c) and the inherent power of this Court, and moves this Court to Exclude William Herguth from serving as an expert witness for the United States; and, for a Protective Order preventing Mr. Herguth from being designated by the United States as a trial expert, and being used as a consulting expert by the United States, in this case.

In accordance with these requests, Warren states as follows:

1. Warren has recently learned that the United States intends to designate Mr. William Herguth as its expert witness in this matter;

2. Mr. Herguth was retained by Warren's consulting expert to conduct tests on samples related to this litigation and was provided privileged and confidential information related to this case and related to Warren's defense of this case;

3. Mr. Herguth provided his thoughts to Warren's consulting expert regarding Warren's case strategy in light of the results of tests performed by Mr. Herguth;

4. Mr. Herguth continues to retain samples related to this case which were sent to his laboratory from Warren;

5. Allowing Mr. Herguth to serve as an expert witness for the United States would prejudice Warren because Mr. Herguth has been provided confidential and privileged information relating to Warren's defense of this case;

6. Justice requires an order of this court preventing the United States from consulting with, calling or otherwise using Mr. Herguth as a witness in this case.

7. Warren certifies that it has had contact with the United States prior to the filing of this Motion but was unable to resolve this dispute without the involvement of this Court.

8. Warren submits a brief in support of its Motion along with the Declarations of James Fitch and Dennis Moynihan.

WHEREFORE, Warren requests that this Court enter an order excluding Mr. Herguth from serving as an expert witness for the United States; and, for a Protective Order preventing Mr. Herguth from being designated by the United States as a trial expert, and being used as a consulting expert by the United States, in this case. Additionally, Warren requests any other relief the Court finds just and equitable in the present circumstances.

Respectfully submitted this 26th day of July, 2006,

s/Dennis Moynihan by Brian C. Buescher
DENNIS MOYNIHAN
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Phone: (402) 346-6000
Facsimile: (402) 346-1148
*Counsel for Third-Party Defendant Warren Distribution, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

James D. Colt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW
Room 8032
Washington, D.C. 20530
James.colt@usdoj.gov

Brian D. Nolan, Esq.
Nolan, Olson, Hansen & Lautenbaugh, LLP
The Exchange Building
1905 Harney Street
Suite 800
Omaha, NE 68102
bnolan@nolanolson.com

s/Dennis Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN