IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br>Chief Judge Edward J. Damich |

**DECLARATION OF DENNIS MOYNIHAN**

I, DENNIS MOYNIHAN, declare under the penalty of perjury that the foregoing is true and correct:

1. I am a Partner with the law firm of Kutak Rock LLP and I am one of the attorneys representing Warren Distribution, Inc. ("Warren") in the above-captioned litigation.

2. On or about August, 2002, Kutak Rock LLP retained Mr. James Fitch to serve as a consulting expert for Warren Distribution, Inc. ("Warren") related to a claim by the United States arising out of the Fort Randall dam site in the State of South Dakota, and involving Warren and Allied Oil & Supply, Inc. ("Allied").

3. Kutak Rock LLP advised Mr. Fitch at the outset of the engagement that Kutak Rock LLP hired Mr. Fitch in anticipation of litigation involving Warren, the United States and Allied. Kutak Rock LLP advised Mr. Fitch that all matters related to this engagement were privileged and confidential.

4. Kutak Rock LLP further advised Mr. Fitch that his services were necessary for Kutak Rock LLP to render legal advice to Warren in the matter referenced in paragraph 3 of this Declaration; and that his services, and all communications relating to such services, were incidental to legal services Kutak Rock was providing to Warren in the matter referenced in paragraph 3.

5. Kutak Rock LLP had the expectation that any outside individuals, consultants, entities or vendors used by Mr. Fitch in conjunction with his consulting engagement would be a part of his engagement and thus all matters related to the involvement of such individuals, consultants, entities or vendors would be kept confidential. Kutak Rock LLP has been aware of the assistance Mr. Fitch received from William Herguth and Herguth Laboratories and had the expectation Mr. Herguth would keep all matters related to his involvement confidential.

6. Kutak Rock LLP has had some direct contact with Mr. Herguth and his laboratory, including a June, 2006 e-mail to Mr. Herguth's laboratory which was copied to Mr. Herguth himself. This e-mail requested that Herguth Laboratories return certain samples being retained by Herguth Laboratories directly to Warren. The purpose of this request was to obtain samples which the Government requested that it be provided part of for testing by its expert. Herguth Laboratories complied with this request. Herguth Laboratories today retains numerous samples related to this litigation which were not split because they did not constitute samples which the Government requested that it be provided for testing.

Dated this 26th day of July, 2006.

Dennis Moynihan

Dennis Moynihan