IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 03-2673C |
| Defendant, | ) | (Chief Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael J. Dierberg as attorney of record for the United States, replacing James Colt as principal attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Telephone: (202) 353-0536
Fax: (202) 305-7643

September 7, 2006