IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 03-2673C |
| Defendant, | ) | (Chief Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14 day enlargement of time within which to file its response to the motion by third-party defendant, Warren Distribution, Inc. ("Warren"), to exclude the Government's expert witness, William Herguth. The Government's response is currently due on September 13, 2006. The extension would bring the date for filing the response to September 27, 2006. This is defendant's second request for an enlargement of time for this purpose. Counsel for Warren indicated on September 11, 2006 that Warren is not opposed to this motion. Counsel for plaintiff, Allied Oil & Supply, Inc. ("Allied"), indicated on September 12, 2006 that Allied is not opposed to this motion.

This request for enlargement is necessary because Government counsel believes that it may be possible for the parties to resolve the current disputes related to Warren's motion without the intervention of the Court, however, additional time is necessary to explore various

alternatives that would resolve these disputes. For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 14 days, to and including September 27, 2006, within which to respond to Warren's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

September 13, 2006

Attorneys for Defendant