IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, | No. 03-2673C |
| Defendant, | (Chief Judge Damich) |
| and | |
| WARREN DISTRIBUTION, INC., Third-Party Defendant | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14 day enlargement of time within which to file its response to the motion by third-party defendant, Warren Distribution, Inc. ("Warren"), to exclude the Government's expert witness, William Herguth. The Government's response is currently due on September 27, 2006. The extension would bring the date for filing the response to October 11, 2006. This is defendant's third request for an enlargement of time for this purpose. Counsel for Warren and counsel for plaintiff, Allied Oil & Supply, Inc. ("Allied"), have indicated that they are not opposed to this motion.

As indicated in our prior motion for enlargement, Government counsel believes that it may be possible for the parties to resolve the current disputes related to Warren's motion without the intervention of the Court. During the last two weeks, Government counsel has been working diligently to explore alternatives that would allow the parties to resolve the current disputes

without intervention by the Court. However, additional time is necessary to explore these alternatives. For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 14 days, to and including October 11, 2006, within which to respond to Warren's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

September 27, 2006

Attorneys for Defendant