IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WARREN DISTRIBUTION, INC., Third-Party Defendant | ) | No. 03-2673C (Judge Damich) |

MOTION FOR LEAVE TO PROVIDE SUPPLEMENTAL DECLARATIONS

COMES NOW Third-Party Defendant Warren Distribution, Inc. ("Warren"), pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, who respectfully requests that the Court grant it leave to submit supplemental declarations in support of its Motion to Exclude William Herguth as an Expert Witness for the United States and Motion for Protective Order ("Warren's Motion") for the purpose of clarifying the record and providing more precise information regarding the date upon which Warren's consulting expert, James Fitch, began his consulting work for Warren.

In support of this Motion, Warren states as follows:

1. On July 26, 2006, Warren submitted a declaration from James Fitch in support of Warren's Motion noting that "on or about August 2002, [Mr. Fitch] was retained by the law firm of Kutak Rock LLP to serve as a consulting expert for Warren . . . related to a claim by the United States arising out of the Fort Randall dam site in the State of South Dakota, and involving

Warren and Allied Oil & Supply, Inc. ("Allied")."

2. On or about July 26, 2006, Warren submitted a declaration from Dennis Moynihan in support of Warren's Motion stating that "on or about August, 2002, Kutak Rock LLP retained Mr. James Fitch to serve as a consulting expert for [Warren] related to a claim by the United States arising out of the Fort Randall dam site in the State of South Dakota, and involving Warren and Allied Oil & Supply, Inc. ("Allied")."

3. The engagement between Kutak Rock LLP and Mr. Fitch was memorialized in a written letter agreement signed by Mr. Fitch, which was dated August 1, 2002.

4. Upon further review of materials related to this matter, Kutak Rock LLP noticed an earlier letter sent to Mr. Fitch. This earlier letter was a three sentence letter from an attorney at Kutak Rock LLP to Mr. Fitch dated May 9, 2002 requesting that Mr. Fitch begin his preliminary assessment, on behalf of Warren Distribution, Inc., of certain issues related to the claim discussed above.

5. Through submitting clarifying declarations, Warren does not wish to add new facts in support of its Motion. Rather, Warren decided to seek leave from the Court to submit supplemental declarations from Mr. Moynihan and Mr. Fitch in order to clarify the record and to be more precise as to the date Mr. Fitch began his work in this matter.

WHEREFORE, Warren requests that the Court grant Warren leave to submit the Declaration of James Fitch, attached as Exhibit A, and the Declaration of Dennis Moynihan, attached as Exhibit B, in support of Warren's Motion. Warren further requests that the Court accept such declarations instanter.

Respectfully submitted,

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
Attorney for Third-Party Defendant

October 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, a copy of the foregoing UNOPPOSED MOTION TO PROVIDE SUPPLEMENTAL DECLARATIONS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dennis J. Moynihan by Brian C. Buescher