IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br>Chief Judge Edward J. Damich |

**DECLARATION OF JAMES FITCH**

1. On July 26, 2006, I submitted a declaration noting that "on or about August 2002, I was retained by the law firm of Kutak Rock LLP to serve as a consulting expert for Warren Distribution, Inc. ("Warren") related to a claim by the United States arising out of the Fort Randall dam site in the State of South Dakota, and involving Warren and Allied Oil & Supply, Inc. ("Allied")." I declared that I was engaged under the terms of a written agreement. My written consulting agreement with Kutak Rock LLP was dated August 1, 2002.

2. After further review of materials related to this matter, it came to my attention that I received an earlier letter from Kutak Rock LLP. This earlier letter was a three sentence letter dated May 9, 2002 requesting that I begin a preliminary assessment, on behalf of Warren Distribution, Inc., of certain issues related to the claim discussed in Paragraph 1. I wish to note

this fact to the Court in order to clarify the record and to be more precise as to the date I began work in this matter.

I, JAMES FITCH, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of Sept, 2006.

James Fitch