IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673 C<br><br>Chief Judge Edward J. Damich |

**DECLARATION OF DENNIS MOYNIHAN**

1. In my declaration in support of Warren Distribution, Inc.'s July 26, 2006 Motion To Exclude William Herguth As An Expert Witness For The United States And Motion For Protective Order, I declared that "on or about August, 2002, Kutak Rock LLP retained Mr. James Fitch to serve as a consulting expert for [Warren] related to a claim by the United States arising out of the Fort Randall dam site in the State of South Dakota, and involving Warren and Allied Oil & Supply, Inc. ("Allied")."

2. Such engagement with Mr. Fitch was memorialized by a written letter agreement dated August 1, 2002.

3. After further review of materials related to this matter, I noticed an earlier letter sent to Mr. Fitch. This earlier letter was a three sentence letter dated May 9, 2002 from Kutak Rock LLP requesting Mr. Fitch to begin a preliminary assessment, on behalf of Warren

Distribution, Inc., of certain issues related to the claim discussed in Paragraph 1. I wish to note this fact to the Court in order to clarify the record and to be more precise as to the date Mr. Fitch began his work in this matter.

I, DENNIS MOYNIHAN, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th day of October, 2006.

Dennis Moynihan

Dennis Moynihan