IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | No. 03-2673C |
| Defendant, | (Chief Judge Damich) |
| and | |
| WARREN DISTRIBUTION, INC., | |
| Third-Party Defendant | |

DEFENDANT'S RESPONSE TO WARREN'S MOTION TO EXCLUDE

Pursuant to Rule 7.2 of the Rules of this Court, defendant, the United States, does not oppose the motion by third-party defendant Warren Distribution, Inc. ("Warren") to exclude William Herguth from serving as a consulting expert or testifying expert for the Government. The Government intends to retain an expert other than Mr. Herguth. The Government anticipates that additional time will be required to select an expert and to finalize a relationship with that expert. Therefore, the Government respectfully requests that the Court permit the parties to file a joint proposed schedule for expert discovery on or before October 18, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

October 11, 2006

Attorneys for Defendant