# In the United States Court of Federal Claims

No. 03-2673 C

(Filed: October 16, 2006)

**********************************
**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**WARREN DISTRIBUTION, INC.,**

Third-Party Defendant.

**********************************

## ORDER

On July 26, 2006, Warren filed a Motion to Exclude William Herguth as an Expert Witness for the United States and Motion for Protective Order. Thereafter, Defendant filed three unopposed motions for extension of time to respond to Warren's motion, all of which were granted by the Court. On October 6, 2006, Warren filed a Motion for Leave to Provide Supplemental Declarations in support of its motion. Finally, on October 11, 2006, Defendant filed a response to Warren's motion indicating that it does not oppose the motion and that Defendant intends to retain an expert other than William Herguth. Therefore, the Court GRANTS Warren's Motion to Exclude William Herguth as an Expert Witness for the United States and Motion for Protective Order and the Court DENIES AS MOOT Warren's Motion for Leave to Provide Supplemental Declarations.

On August 10, 2006, the Parties filed a Joint Motion to Suspend Expert Discovery Deadlines. The Court granted the motion and rescinded the June 5, 2006, discovery schedule on August 11, 2006. On or before **October 20, 2006**, the Court ORDERS the Parties to file a joint proposed discovery schedule for the remainder of discovery.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge