IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WARREN DISTRIBUTION, INC., Third-Party Defendant | ) | No. 03-2673C (Judge Damich) |

UNOPPOSED MOTION TO EXTEND DEADLINE TO PROVIDE PROPOSED JOINT DISCOVERY SCHEDULE

COMES NOW Third-Party Defendant Warren Distribution, Inc. ("Warren") pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, who respectfully request that the Court enlarge by 7 days, from October 20, 2006 to and including October 27, 2006, for the parties to provide a joint proposed schedule for disclosing experts and conducting expert discovery or to request a suspension of discovery pending settlement discussions.

In support of its Unopposed Motion, Warren states as follows:

1. On October 16, 2006, the Court ordered that the parties are to provide a joint proposed discovery schedule relating to expert discovery by October 20, 2006.

2. Upon the resolution of Warren's Motion for Protective Order (Filing No. 54), the parties have discussed the possibility of entering into settlement discussions during the months of November and December.

3. Counsel for the parties are in need of an additional week to discuss with their clients whether now is the appropriate time to engage in settlement discussions over the next two

months. If the parties agree that fruitful settlement discussions can take place now, the parties will immediately commence that process in earnest.

4. If the parties believe that now is the appropriate time to engage in settlement discussions, it would be best to commence those discussions without the time and expense associated with preparing expert disclosures and conducting expert discovery.

5. By October 27, 2006, the parties will be in a position to propose that the Court enter an order as to one of the following: 1) suspend expert discovery until no later than January 15, 2007 so that the Parties may discuss settlement, and, if the parties have not been able to settle the case, submit a proposed expert discovery schedule on or before January 15th; or 2) establishing a new expert discovery schedule that the parties will propose to the Court by October 27, 2006.

6. No party has previously requested an extension of the Court's October 20, 2006 deadline for providing a new expert discovery schedule.

7. Counsel for Allied Oil & Supply, Inc. and The United States have been contacted about this Motion, and they do not oppose the Motion.

WHEREFORE, Warren respectfully requests that the Court enlarge by 7 days, from October 20, 2006 to and including October 27, 2006, for the parties to provide a joint proposed schedule for disclosing experts and conducting expert discovery or to request a suspension of discovery pending settlement discussions.

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Attorney for Third-Party Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2006, a copy of the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO PROVIDE PROPOSED JOINT DISCOVERY SCHEDULE was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dennis J. Moynihan by Brian C. Buescher