IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2673C |
| THE UNITED STATES, Defendant, | ) | (Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., Third-Party Defendant | ) | |

JOINT MOTION TO SUSPEND EXPERT DISCOVERY PENDING SETTLEMENT DISCUSSIONS

COMES NOW Plaintiff Allied Oil and Supply, Inc., Third-Party Defendant Warren Distribution, Inc. ("Warren"), and Defendant The United States of America (collectively the "Parties") pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, and respectfully request that the Court suspend the preparation of expert disclosures and the conducting of expert discovery pending settlement discussions. In support of this Joint Motion, the Parties state as follows:

1. On October 16, 2006, the Court ordered that the parties are to provide a joint proposed discovery schedule relating to expert discovery by October 20, 2006.

2. On October 20, 2006, the Court granted Warren's Unopposed Motion to extend the deadline for proposing an expert discovery schedule until October 27, 2006.

3. As noted in Warren's Unopposed Motion which was filed on October 20, 2007, the parties have discussed the possibility of entering into settlement discussions during the

months of November and December.

4. Counsel for the parties have discussed the issue of entering into settlement discussions with their clients and have determined now is an appropriate time to engage in settlement discussions.

5. The Parties further believe the time and expense associated with preparing expert disclosures and conducting expert discovery would hinder settlement discussions.

6. The Parties therefore request that this Court suspend expert discovery until no later than January 15, 2007 so that the Parties may discuss settlement.

7. If the parties have not been able to settle the case by January 15, 2007, and do not believe that further efforts at settlement would be productive, the Parties will submit a proposed schedule for expert disclosures and expert discovery on or before January 15, 2007.

8. If the Parties feel they are very close to resolving the case, but believe they will need some additional time beyond January 15, 2007 to continue settlement discussions, the Parties will so advise the Court and request the additional time on or before January 15, 2007 to complete the settlement discussions.

WHEREFORE, the Parties respectfully request that the Court suspend the preparation of expert disclosures and the conducting of expert discovery until no later than January 15, 2007 for the parties to discuss settling this case.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Michael Dierberg
MICHAEL DIERBERG
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643
Attorneys for Defendant

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
Attorney for Third-Party Defendant

s/Brian D. Nolan by Susan L. Stryker
BRIAN D. NOLAN
NOLAN, OLSON, HANSEN & LAUGHTENBAUGH
1905 Harney St. Ste. 800
Omaha, NE 68102
Attorney for Plaintiff

October 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2006, a copy of the foregoing JOINT MOTION TO SUSPEND EXPERT DISCOVERY PENDING SETTLEMENT DISCUSSIONS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dennis J. Moynihan by Brian C. Buescher