# In the United States Court of Federal Claims

No. 03-2673 C
(Filed: October 27, 2006)

***********************************

**ALLIED OIL & SUPPLY, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**WARREN DISTRIBUTION, INC.,**

Third-Party Defendant.

***********************************

## ORDER

On October 26, 2006, the parties filed a Joint Motion to Suspend Expert Discovery Pending Settlement Discussions. In the motion, the parties ask the Court to suspend proceedings in the case until January 15, 2007, during which time the parties will engage in settlement negotiations. The Court GRANTS the motion, and the case is hereby stayed until January 15, 2007.

On or before **December 1, 2006**, and **January 5, 2007**, the Court ORDERS the parties to file a Joint Status Report, discussing with specificity the steps that have been taken in attempting to reach settlement, including *inter alia* the meetings that were held and the persons that were in attendance.

The Court further ORDERS the parties to file a Joint Proposed Expert Discovery Schedule on or before **January 15, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge