IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WARREN DISTRIBUTION, INC., Third-Party Defendant | ) | No. 03-2673C (Judge Damich) |

JOINT STATUS REPORT

COMES NOW Plaintiff Allied Oil and Supply, Inc. ("Allied"), Third-Party Defendant Warren Distribution, Inc. ("Warren"), and Defendant The United States of America ("United States") (collectively the "Parties") pursuant to the Court's order on October 27, 2006, with the following Joint Status Report as to the progress of settlement in the above-captioned matter. The Parties inform the Court as follows:

1. Counsel for The United States, Allied and Warren have been in communication regarding the structure for facilitating settlement discussions. The understanding of the Parties is that the initial settlement offer must come from Warren and Allied to the Government, together with correspondence supporting the offer made.

2. There are varying issues and interests that need to be worked out, between Warren and Allied, in order for Warren and Allied to extend a joint settlement offer to the Government. Counsel for Warren and Allied have been in communication with each other regarding these varying issues.

3. To attempt to work through the varying issues between Warren and Allied, counsel for each of these parties have communicated with their respective clients in an effort to reach a position that would allow Warren and Allied to talk meaningfully about creating a joint settlement offer to extend to the Government.

4. Counsel for Warren and Allied intend to speak during the early part of the week of December the 4th to attempt to come to certain understandings that will allow a joint offer to be extended to the Government.

5. Counsel for the Government communicated with counsel for Warren and Allied about the potential for receiving an offer, with supporting correspondence, by December 11th.

6. Counsel for the Government and Warren discussed the timing for a response from the Government to an offer, if made as set-forth above, and the ability of the parties to have meaningful discussions in December that would allow the Parties to assess the productiveness of the settlement process.

7. With the above in mind, Warren and Allied are endeavoring to have a joint offer to the Government, with supporting correspondence, by December 11th.

8. The Government, if a joint offer is received by December 11th, will endeavor to provide a response in sufficient time to allow the Parties to have an adequate exchange during the month of December through which to assess the productiveness of the settlement process before the end of December.

9. The Parties will update the Court as to the progress of negotiations by January 5, 2007 as required by the Court's October 27, 2006 Order, and, if the matter has not been resolved by that point, hope to be in a position to inform the Court of the likelihood of settling this matter with further negotiations.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Michael Dierberg
MICHAEL DIERBERG
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643
Attorneys for Defendant

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
Attorney for Third-Party Defendant

s/Brian D. Nolan by Susan L. Stryker
BRIAN D. NOLAN
NOLAN, OLSON, HANSEN & LAUGHTENBAUGH
1905 Harney St. Ste. 800
Omaha, NE 68102
Attorney for Plaintiff

October 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dennis J. Moynihan by Brian C. Buescher