IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>WARREN DISTRIBUTION, INC.,<br><br>Third-Party Defendant | ) | No. 03-2673C<br><br>(Judge Damich) |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 5, 2007, the parties submit the following status report regarding efforts to resolve this matter through mediation. The parties have identified an individual who may serve as a mediator and identified potential dates for the mediation. Due to the number of individuals who would be attending, the need to prepare and exchange position statements, and the parties' schedules, the first date upon which the parties could agree for a possible mediation is April 11, 2007. Plaintiff, Allied Oil & Supply, Inc., and third-party defendant, Warren Distribution, Inc. have approved mediation along the proposed terms. Defendant, the United States, has not yet approved mediation along these terms. The undersigned counsel for the Government anticipates submitting an appropriate memorandum regarding the proposed mediation within the Department of Justice by February 2, 2007. Defendant will file a status report on or before February 9, 2007 indicating whether the proposed mediation process has been approved by the Government. In the event that mediation is

approved by defendant, the parties will likely seek an enlargement of time within which the parties may file the proposed expert discovery schedule.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Michael Dierberg
MICHAEL DIERBERG
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643
Attorneys for Defendant

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
Attorney for Third-Party Defendant

s/Brian D. Nolan by Susan L. Stryker
BRIAN D. NOLAN
NOLAN, OLSON, HANSEN & LAUGHTENBAUGH
1905 Harney St. Ste. 800
Omaha, NE 68102
Attorney for Plaintiff

January 31, 2007