IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 03-2673C |
| Defendant, | ) | (Chief Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a six-day enlargement of time, through and including February 15, 2007, within which the Government may file its status report. Although the Court has not issued any order requiring a status report from the Government, we have previously indicated that the Government would file a status report on February 9, 2007. Counsel for plaintiff Allied Oil & Supply, Inc., and third-party defendant Warren Distribution, Inc., have indicated that they are not opposed to this motion.

On January 30, 2007, the parties filed a joint status report indicating, among other things, that the Government will file a status report on February 9, 2007, stating whether the Government has approved the mediation process described in the joint status report. The Court has not issued any order in response to the joint status report. However, counsel for the Government was recently assigned to a bid protest in the Court of Federal Claims, ARINC

Engineering Services, Inc. v. United States, Fed. Cl. 07-0073, which has required considerable effort over a short period of time and which has delayed counsel's effort to seek appropriate review of the proposed mediation in this case. For these reasons, we respectfully request that the Court grant this enlargement of time of six days, through and including February 15, 2007, within which the Government may file its status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

February 9, 2007

Attorneys for Defendant