IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 03-2673C |
| Defendant, | ) | (Chief Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

DEFENDANT'S STATUS REPORT & UNOPPOSED MOTION TO ENLARGE

Pursuant to the Court's order dated February 12, 2007 and the parties joint status report dated January 30, 2007, defendant, the United States, provides this status report regarding approval of mediation. The Government has approved pursuing mediation as an alternative means of resolving this dispute. The parties have agreed upon April 11, 2007 as the date upon which mediation would take place.

In light of the planned mediation on April 11, 2007, we respectfully request that the Court grant an enlargement of time of 46 days, through and including May 1, 2007, within which the parties may file their proposed expert discovery schedule. The proposed expert discovery schedule is currently due on March 15, 2007. Counsel for plaintiff Allied Oil & Supply, Inc., and third-party defendant Warren Distribution, Inc., have indicated that they are not opposed to this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

February 15, 2007

Attorneys for Defendant