IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WARREN DISTRIBUTION, INC., Third-Party Defendant | No. 03-2673C (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, through and including July 2, 2007, within which the parties may file their proposed schedule for expert discovery. The proposed schedule is currently due May 31, 2007. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff Allied Oil & Supply, Inc., and third-party defendant Warren Distribution, Inc., have indicated that they are not opposed to this motion.

This enlargement is necessary to provide additional time for consideration by the Government of a settlement offer made during mediation held on April 11, 2007. This offer is currently under review by the appropriate officials within the Army Corps of Engineers. It is expected that an additional two weeks will be required for review by the Corps of Engineers, and two weeks for review by the Department of Justice once the Corps of Engineers has completed

its review. For these reasons, we respectfully request that the Court grant this enlargement of time of 30 days, through and including July 2, 2007, within which the parties may file their proposed schedule for expert discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

May 31, 2007

Attorneys for Defendant