IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALLIED OIL & SUPPLY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WARREN DISTRIBUTION, INC.,

Third-Party Defendant

No. 03-2673C

(Chief Judge Damich)

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, through and including August 1, 2007, within which the parties may file their proposed schedule for expert discovery. The proposed schedule is currently due July 2, 2007. This is our third request for an enlargement of time for this purpose. Counsel for plaintiff Allied Oil & Supply, Inc., and third-party defendant Warren Distribution, Inc., have indicated that they are not opposed to this motion.

This enlargement is necessary to provide additional time for consideration by the Government of a settlement offer made during mediation held on April 11, 2007, and if the offer is accepted, to draft and execute settlement documents. This offer has been reviewed by the the appropriate officials within the Army Corps of Engineers and is now under review within the Department of Justice. We anticipate that this review will be completed by July 16, 2007. For

these reasons, we respectfully request that the Court grant this enlargement of time of 30 days, through and including August 1, 2007, within which the parties may file their proposed schedule for expert discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

July 2, 2007

Attorneys for Defendant