IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and WARREN DISTRIBUTION, INC., Third-Party Defendant | ) | No. 03-2673C (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS

Defendant, the United States, respectfully requests the Court to stay proceedings, through and including August 24, 2007, to allow the parties to finalize a settlement agreement. The parties have agreed to a settlement of this suit, however, additional time is needed to prepare and obtain signatures for the settlement agreement. Counsel for plaintiff Allied Oil & Supply, Inc. ("Allied") and counsel for Warren Distribution, Inc. ("Warren") have indicated that Allied and Warren are not opposed to this motion. For these reasons, we respectfully request a stay of proceedings through and including August 24, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Dated: August 1, 2007

Attorneys for Defendant