IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALLIED OIL & SUPPLY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WARREN DISTRIBUTION, INC.,

Third-Party Defendant

No. 03-2673C

(Judge Damich)

**THIRD PARTY DEFENDANT'S UNOPPOSED MOTION TO EXTEND STAY OF PROCEEDINGS**

COMES NOW Third-Party Defendant Warren Distribution, Inc. ("Warren") pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, who respectfully requests that the Court stay proceedings until September 28, 2007 to allow the parties to finalize a settlement agreement. The parties have agreed to a settlement of this lawsuit, however, additional time is needed to finalize the agreement and obtain signatures of all parties and representatives.

In support of its Unopposed Motion, Warren states as follows:

1. Counsel for Allied Oil & Supply, Inc. and the United States have been contacted about this Motion, and they do not oppose the Motion.

2. This is the second Motion to Stay proceedings. Counsel for the USA previously filed an Unopposed Motion to Stay Proceedings on August 1, 2007 which the Court granted thereby staying proceedings until August 24, 2007.

3. The parties believe that by September 28, 2007, all settlement documents will be signed and the parties will be in a position to ask this Court to dismiss this case.

WHEREFORE, Warren respectfully requests that the Court stay proceedings until September 28, 2007.

s/Dennis J. Moynihan by Brian C. Buescher
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Attorney for Third-Party Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2007, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dennis J. Moynihan by Brian C. Buescher