IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2673C |
| THE UNITED STATES, | ) | (Judge Damich) |
| Defendant, | ) | |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant | ) | |

**THIRD PARTY DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

COMES NOW Third-Party Defendant Warren Distribution, Inc. ("Warren") pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, who respectfully requests that the Court stay proceedings until October 31, 2007 to allow the parties to finalize a settlement agreement. The parties have agreed to a settlement of this lawsuit, however, additional time is needed to finalize the agreement and obtain signatures of all parties and representatives.

In support of its Unopposed Motion, Warren states as follows:

1. Counsel for Allied Oil & Supply, Inc. and the United States have been contacted about this Motion, and they do not oppose the Motion.

2. This is the sixth Motion to extend deadlines or stay proceedings. Counsel for the Third-Party Defendant previously filed an Unopposed Motion to Stay Proceedings on August 24, 2007 which the Court granted thereby staying proceedings until September 28, 2007.

3. The parties have agreed in principle to settlement terms but due to the number of parties and entities which must approve the settlement documents, finalizing and signing settlement documents has taken longer than anticipated.

4. The parties believe there will be no problems with finalizing the settlement but seek this court's indulgence in allowing additional time to finalize and sign settlement documents.

5. The parties believe the additional time requested will be sufficient to finalize the settlement.

WHEREFORE, Warren respectfully requests that the Court stay proceedings until October 31, 2007.

s/Dennis J. Moynihan by Brian C. Buescher

DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Attorney for Third-Party Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dennis J. Moynihan by Brian C. Buescher