IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 03-2673C |
| Defendant, | ) | (Chief Judge Damich) |
| and | ) | |
| WARREN DISTRIBUTION, INC., | ) | |
| Third-Party Defendant. | ) | |

STATUS REPORT

Pursuant to the Court's order dated October 3, 2007, defendant, the United States, provides this status report regarding settlement of this case.[1] The settlement agreement has been signed by all parties, and payment in full pursuant to the settlement agreement was received by the Government on October 30, 2007. The parties anticipate filing a joint stipulation of dismissal on or before November 2, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

[1] This document is being filed as a status report, rather than a joint status report, due to the fact that Government counsel has been unable to reach counsel for plaintiff Allied Oil & Supply, Inc. regarding a draft joint status report. Counsel for third-party defendant Warren Distribution, Inc. approved the content of this status report.

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530
(202) 353-0536
Attorneys for Defendant

October 31, 2007