## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALLIED OIL & SUPPLY, INC., | ) | No. 03-cv-02673 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | Judge Edward J. Damich |
| And | ) | |
| WARREN DISTRIBUTON, INC., | ) | |
| Third-Party Defendant. | ) | |

COME NOW the Plaintiff, Allied Oil & Supply, Inc., the Defendant, The United States of America, and the Third-Party Defendant, Warren Distribution, Inc., by and through their respective counsel of record and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Rules of this Court that, pursuant to a settlement agreement entered into by the parties, the above-captioned matter may be dismissed, with prejudice, with each party to pay its own attorney fees, expenses, and costs (unless otherwise specifically agreed).

Respectfully submitted,

BRIAN D. NOLAN
NOLAN, OLSON, HANSEN,
LAUTENBAUGH & BUCKLEY, LLP
The Exchange Building
1905 Harney Street, Suite 800
Omaha, Nebraska 68102
(402) 342-6233
(402) 342-9362
Attorney for Plaintiff

Dated: Nov. 1st, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530
(202) 353-0536
Attorneys for Defendant

Dated: 11/2, 2007

Dennis J. Moynihan
DENNIS J. MOYNIHAN
KUTAK ROCK, LLP
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
Attorney for Third-Party Defendant

Dated: 10/31, 2007